AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation,<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES DEPARTMENT OF INTERIOR,<br>BUREAU OF LAND MANAGEMENT,<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-00152-MMD-CSD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Interior
1849 C Street, N.W.
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brent M. Resh
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 20, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-00152-MMD-CSD

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of Interior
was received by me on *(date)* 04/17/2025.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On April 22, 2025, I caused copies of the Summons, Complaint, Civil Cover Sheet, Standing Order re Judge Du Assignment to be served via certified mail which was delivered on April 28, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/29/2025

*Nuria de la Fuente*
*Server's signature*

Nuria de la Fuente, Office Manager
*Printed name and title*

Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| | 0055 39 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here
APR 22 2025

Postage $2.59

Total Postage and Fees $11.54

04/22/2025

Sent To United States Department of Interior
Street and Apt. No., or PO Box No. 1849 C St. N.W.
City, State, ZIP+4® Washington, DC 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0569 0678 3

USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

9589071052700569067831

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 12:24 pm on April 28, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240
April 28, 2025, 12:24 pm

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20240
April 27, 2025, 10:34 am

**Arrived at Hub**
WASHINGTON, DC 20018
April 27, 2025, 9:05 am

**USPS in possession of item**
BERKELEY, CA 94705
April 22, 2025, 2:04 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

**Need More Help?**
Contact USPS Tracking support for further assistance.

**FAQs**