# Index of Exhibits

- **Exhibit A -** Declaration of Ryan Witt