BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Wild Horse Education, a non-profit corporation,<br><br>                Plaintiffs,<br><br>     v.<br><br>United States Department of Interior, Bureau of Land Management,<br><br>                Defendant. | Case No. 3:25-cv-00152-MMD-CSD<br><br>**Stipulation and Order to Extend Time to Oppose Federal Defendant's Motion to Dismiss**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Wild Horse Education, and Federal Defendant United States Department of Interior, Bureau of Land Management, through undersigned counsel, hereby stipulate and agree as follows:

Federal Defendant filed a Motion to Dismiss on June 12, 2025. ECF No. 14.

The current deadline for Plaintiff to respond to Federal Defendant's Motion to Dismiss is June 26, 2025.

On June 24, 2025, undersigned counsel for Plaintiff and Federal Defendant agreed to a two-week extension of time to allow the parties to meet and confer regarding the motion. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Accordingly, the parties, through undersigned counsel, submit this stipulation to a two-week extension from June 26, 2025, to and including **July 10, 2025**, for Plaintiff to file an opposition to Federal Defendant's Motion to Dismiss. This is Plaintiff's first request for an extension of time.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 25th day of June, 2025.

| | |
|---|---|
| BRENT M. RESH<br>Nevada Bar No. 14940<br>Brent Resh Law, PLLC<br>2401 La Solana Way<br>Las Vegas, Nevada 89102<br>brent@brentreshlaw.com | SIGAL CHATTAH<br>United States Attorney<br><br>*/s/ Karissa D. Neff*<br>KARISSA D. NEFF<br>Assistant United States Attorney<br><br>*Attorneys for the Federal Defendant* |
| */s/ J. Rae Lovko*<br>JESSICA L. BLOME<br>J. RAE LOVKO<br>Greenfire Law, PC<br>2748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>jblome@greenfirelaw.com<br>rlovko@greenfirelaw.com<br><br>*Attorneys for the Plaintiff* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**