SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Wild Horse Education, a non-profit corporation, <br><br>         Plaintiff, <br><br>    v. <br><br> United States Department of Interior Bureau of Land Management, <br><br>         Defendant. | Case No. 3:25-cv-00152-MMD-CSD <br><br> **Joint Stipulation for Extension Of Time To File Response To Amended Complaint** <br><br> **(First Request)** |

     Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Wild Horse Education, a non-profit corporation, and Federal Defendant, United States Department of Interior, Bureau of Land Management, through undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed its First Amended Complaint for Declaratory and Injunctive Relief on July 03, 2025 (ECF No. 17).

2. Federal Defendant's response to the Amended Complaint is currently due on July 17, 2025.

3. Plaintiff and Federal Defendant agree and stipulate that Federal Defendant's time to respond to Plaintiff's Amended Complaint shall be extended up to and including July 25, 2025.

4. Federal Defendant requires additional time to accommodate her existing case load due to staffing shortages and conflicting deadlines on other matters she is handling. Specifically, Federal Defendant's counsel has an oral argument scheduled for July 17th in another matter that requires substantial preparation.

Accordingly, the Parties respectfully request that the Court extend the deadline for the United States to file a responsive pleading to Plaintiff's Amended Complaint up to and including July 25, 2025.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 16th day of July 2025.

BRENT M. RESH
Nevada Bar No. 14940
Brent Resh Law, PLLC
2401 La Solana Way
Las Vegas, Nevada 89102

SIGAL CHATTAH
United States Attorney

*/s/ Karissa D. Neff*
KARISSA D. NEFF
Assistant United States Attorney

*/s/ Jessica L. Blome*
JESSICA L. BLOME
J. RAE LOVKO
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkley, California 947103
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for the United States*

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 17, 2025 _____