SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Wild Horse Education, a non-profit corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>United States Department of Interior Bureau of Land Management,<br><br>       Defendant. | Case No. 3:25-cv-00152-MMD-CSD<br><br>**Joint Stipulation for Extension Of Time To File Response To Amended Complaint**<br><br>**(Third Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Wild Horse Education, a non-profit corporation, and Federal Defendant, United States Department of Interior, Bureau of Land Management, through undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed its Amended Complaint for Declaratory and Injunctive Relief on July 03, 2025 (ECF No. 17).

2. Per a stipulation and order, the parties agreed that Federal Defendant's response to Plaintiff's Amended Complaint would be due by July 25, 2025 (ECF No. 21).

3. Per a subsequent stipulation and order, the parties extended the date of Federal Defendant's response to Plaintiff's Amended Complaint from July 25, 2025, through August 22, 2025. (ECF No. 23).

4. Plaintiff and Federal Defendant now agree and stipulate that Federal Defendant's time to respond to Plaintiff's Amended Complaint shall be extended up from August 22, 2025, up to and including, September 22, 2025.

5. Counsel for Plaintiff and Federal Defendant have conferred that Plaintiff is satisfied with the documents provided in response to her FOIA request that is the subject of the Amended Complaint.

6. The parties are now working to resolve Plaintiff's claimed attorneys' fees and costs incurred with bringing this action without further intervention of the Court.

7. The extension will allow Federal Defendant and Plaintiff to discuss resolution of Plaintiff's claimed incurred attorneys' fees and costs in filing this action.

8. Accordingly, the parties respectfully request that the Court extend the deadline for the United States to file a responsive pleading to Plaintiff's Amended Complaint from August 22, 2025, up to and including, September 22, 2025.

///
///
///
///
///
///
///
///

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 21st day of August 2025.

BRENT M. RESH
Nevada Bar No. 14940
Brent Resh Law, PLLC
2401 La Solana Way
Las Vegas, Nevada 89102

/s/
JESSICA L. BLOME
J. RAE LOVKO
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkley, California 947103
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

SIGAL CHATTAH
Acting United States Attorney

*/s/ Karissa D. Neff*
KARISSA D. NEFF
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: August 22, 2025

3