BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERIOR BOARD OF LAND APPEALS, UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and KG MINING INC.,<br><br>*Defendants*. | Case No. 3:25-cv-00039-ART-CSD<br><br>**DECLARATION OF J. RAE LOVKO IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDICIAL NOTICE** |

I, J. RAE LOVKO, declare that if called as a witness in this action I would competently testify of my own personal knowledge, as follows:

1. I am an attorney with Greenfire Law, PC, counsel for Plaintiffs in the above-titled action.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from the Antelope and Triple B Complexes Gather Plan Final Environmental Assessment (2017). This document was downloaded on August 24, 2025 from the BLM National NEPA Register at https://eplanning.blm.gov/public_projects/nepa/84367/129074/157029/2017_Antelope_TripleB_Complex_Gather_Plan_508-Final.pdf.

3. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the Bald Mountain Mine Plan of Operations Amendment Juniper Project Draft Environmental Impact Statement (2023). It contains pages from the main text and Exhibit F thereto. This document was downloaded on August 24, 2025 from the BLM National NEPA Register at https://eplanning.blm.gov/public_projects/2011567/200507677/20084171/250090353/_Juniper_DEIS_Main-Text-508.pdf and https://eplanning.blm.gov/public_projects/2011567/200507677/20084165/250090347/App_F_RFFAs-508.pdf.

4. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt from the Bald Mountain Mine Plan of Operations Amendment Juniper Project Final Environmental Impact Statement (2024). It contains the cover from the main text and pages from Exhibit J thereto. This document was downloaded on August 24, 2025 from the BLM National NEPA Register at https://eplanning.blm.gov/public_projects/2011567/200507677/20111335/251011326/__Juniper_FEIS_Vol_1.pdf and https://eplanning.blm.gov/public_projects/2011567/200507677/20111332/251011323/App_J_DEIS%20Comments.pdf.

5. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from the BLM's Wild Horses and Burros Management Handbook, H-4700-1 (2010). This document was downloaded on August 24, 2025 from BLM's website at https://www.blm.gov/sites/blm.gov/files/uploads/Media_Library_BLM_Policy_H-4700-1.pdf.

IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDICIAL NOTICE
Page 2 of 5

6. Attached hereto as **Exhibit E** is a true and correct copy of a press release from the Bureau of Land Management to begin the FY2022 Triple B Complex Wild Horse Gather (July 11, 2022). This document was downloaded on August 24, 2025 from BLM's website at https://www.blm.gov/ press-release/bureau-land-management-begin-fy2022-triple-b-complex-wild-horse-gather.

7. Attached hereto as **Exhibit F** is a true and correct copy of the following IBLA decisions and orders, all of which were downloaded on August 24, 2025 the U.S. Department of Interior's website or LEXIS:

(1) **Exhibit F1** is a true and correct copy of *The Mandan, Hidatsa & Arikara Nation*, 196 IBLA 309 (2021), which was downloaded from https://www.oha.doi.gov/IBLA/Ibladecisions/196IBLA/196IBLA309.pdf;

(2) **Exhibit F2** is a true and correct copy of *Ctr. for Biological Diversity*, 195 IBLA 298 (2020), which was downloaded from https://www.oha.doi.gov/IBLA/Ibladecisions/195IBLA/195IBLA298.pdf;

(3) **Exhibit F3** is a true and correct copy of *Williams Field Services Company*, 193 IBLA 11 (2018), which was downloaded from https://www.oha.doi.gov/IBLA/Ibladecisions/193IBLA/193IBLA011.pdf;

(4) **Exhibit F4** is a true and correct copy of *Petroleum Fuels Offshore, LLC*, 189 IBLA 213 (2017), which was downloaded from http://www.oha.doi.gov/IBLA/Ibladecisions/189IBLA/189IBLA213.pdf;

(5) **Exhibit F5** is a true and correct copy of *W. Watersheds Project*, 185 IBLA 293 (2016), which was downloaded from LEXIS;

(6) **Exhibit F6** is a true and correct copy of *Cascadia Wildlands*, 188 IBLA 7 (2016), which was downloaded from http://www.oha.doi.gov/IBLA/Ibladecisions/188IBLA/188IBLA007.pdf;

(7) **Exhibit F7** is a true and correct copy of *Coalition of Concerned National Park Retirees*, 165 IBLA 79 (2005) https://www.oha.doi.gov/IBLA/Ibladecisions/165IBLA/165IBLA079.pdf;

(8) **Exhibit F8** is a true and correct copy of *Wyoming Outdoor Council, et al.*, 164 IBLA 84 (2004), which was downloaded from https://www.oha.doi.gov/IBLA/Ibladecisions/164IBLA/164IBLA084.pdf;

(9) **Exhibit F9** is a true and correct copy of *Becharof Corp.*, 147 IBLA 117 (1998), which was downloaded from LEXIS;

(10) **Exhibit F10** is a true and correct copy of *Robert M. Sayre*, 131 IBLA 337 (1994), which was downloaded from LEXIS;

(11) **Exhibit F11** is a true and correct copy of *Frank Stebly*, 109 IBLA 242 (1989), which was downloaded from LEXIS.

(12) **Exhibit F12** is a true and correct copy of *Oregon Natural Resources Council*, 78 IBLA 124 (1983), which was downloaded from https://www.oha.doi.gov/IBLA/Ibladecisions/078IBLA/078IBLA124.pdf;

(13) **Exhibit F13** is a true and correct copy of *In re Pacific Coast Molybdenum*, 68 IBLA 325 (1982), which was downloaded from https://www.oha.doi.gov/IBLA/Ibladecisions/068IBLA/068IBLA325.pdf;

(14) **Exhibit F14** is a true and correct copy of an order issued in *Frank Campbell*, 2018-0072 (2019), which was downloaded from https://www.oha.doi.gov/IBLA/Dispositives/2019%20Dispositive%20Orders/March/2018-0072.pdf;

(15) **Exhibit F15** is a true and correct copy of an order issued in *Elyse R. Gardner Walsh, Laura Leigh & Wild Horse Education* (2018), which was downloaded from https://www.oha.doi.gov/IBLA/Dispositives/2018%20Dispositive%20Orders/January/2018-0035.pdf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 29th day of August, 2025

*/s/ Jennifer Rae Lovko*
J. Rae Lovko