BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERIOR BOARD OF LAND APPEALS, UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and KG MINING INC.,<br><br>*Defendants*. | Case No. 3:25-cv-00039-ART-CSD<br><br>**PLAINTIFFS' INDEX OF EXHIBITS IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE** |

PLAINTIFFS' INDEX OF EXHIBITS IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

| EXHIBIT | DOCUMENT TITLE | PAGE |
|---|---|---|
| A | Antelope and Triple B Complexes Gather Plan EA | 1 |
| B | Juniper Project DEIS (2023) | 9 |
| C | Juniper Project FEIS (2024) | 17 |
| D | BLM Handbook, H-4700-1 (2010) | 21 |
| E | BLM Gather Notice (2022) | 23 |
| F1 | *The Mandan, Hidatsa & Arikara Nation*, 196 IBLA 309 (2021) | 28 |
| F2 | *Ctr. for Biological Diversity,* 195 IBLA 298 (2020) | 76 |
| F3 | *Williams Fields Services Company,* 193 IBLA 11 (2018) | 94 |
| F4 | *Petroleum Fuels Offshore, LLC,* 189 IBLA 213 (2017) | 107 |
| F5 | *W. Watersheds Project*, 185 IBLA 293 (2016) | 112 |
| F6 | *Cascadia Wildlands*, 188 IBLA 007 (2016) | 118 |
| F7 | *Coalition of Concerned Natl. Park Retirees*, 165 IBLA 79 (2005) | 125 |
| F8 | *Wyoming Outdoor Council, et al.*, 164 IBLA 84 (2004) | 136 |
| F9 | *Becharof Corp.*, 147 IBLA 117 (1998) | 157 |
| F10 | *Robert M. Sayre*, 131 IBLA 337 (1994) | 171 |
| F11 | *Frank Stebly*, 109 IBLA 242 (1989) | 175 |
| F12 | *Oregon Natural Resources Council*, 78 IBLA 124 (1983) | 184 |
| F13 | *In re Pacific Coast Molybdenum*, 68 IBLA 325 (1982) | 189 |
| F14 | Order in *Frank Campbell,* 2018-0072 (2019) | 201 |
| F15 | Order in *Elyse R. Gardner Walsh, Laura Leigh & Wild Horse Education,* 2018-0035, (2018) | 209 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 29th day of August, 2025,

*/s/ Jennifer Rae Lovko*
J. Rae Lovko