# EXHIBIT D
# BLM Handbook, H-4700-1 (2010)

United States
Department of the Interior
Bureau of Land Management

# Wild Horses and Burros Management Handbook




BLM Handbook H-4700-1



H-4700-1 — WILD HORSES AND BURROS MANAGEMENT HANDBOOK (Public)

**GLOSSARY OF TERMS**

**Activity Plan** – Examples of activity plans include Herd Management Area Plans (HMAPs) and Allotment Management Plans (AMPs). These plans lead to implementation decisions that usually describe multiple projects or management actions and apply best management practices to make progress toward attainment of Land Use Plan (LUP), Land Health Standards, or other resource objectives.

**Adaptive Management** – WH&B management is adjusted as indicated based on the results of monitoring and evaluation.

**Adult Wild Horse** – WH&B 1 year of age and older are considered adults. A foal is considered 1 year of age on January 1 of the year following its birth.

**Adult Breeding Population** - Wild horses within a population that are 1 year of age and older.

**Aerial Survey** – A method of counting WH&B using an aircraft. Aerial survey allows the BLM to obtain estimates of WH&B population size with associated confidence intervals.

**Animal Unit (AU)** - Wild horses 1 year of age and older count as 1 AU and burros 1 year of age and older count as 0.5 AU.

**Animal Unit Month (AUM)** – The amount of forage (approximately 800 pounds of air dried forage) necessary to sustain one adult horse or two burros for one month.

**Appropriate Management Level (AML)** - The number of adult horses or burros (expressed as a range with an upper and lower limit) to be managed within an HMA. Forage for WH&B (AUMs) is allocated based on the AML upper limit.

**AML Range** – The number of adult WH&B within which herd size will be allowed to fluctuate.

**AML Upper Limit** – The maximum number of WH&B that results in a thriving natural ecological balance (TNEB) and avoids a deterioration of the range. This number should be somewhere below the number that would cause damage to the range (refer to 118 IBLA 75).

**AML Lower Limit** – The number that allows the population to grow to the AML upper limit over 4-5 years, without the need for gathers to remove excess WH&B in the interim.

**Authorized Officer** – Any employee of the BLM to whom authority has been delegated to perform the duties described in this Handbook (refer to BLM Manual 1203 for a further explanation of delegation of authority).

**Census –** A complete count of the total WH&B population within an area. Because aerial surveys do not usually detect all WH&B within an HMA, a true census is usually not possible. Better population estimates are developed using correction factors to account for WH&B not seen during the survey (i.e., sightability correction factors).