BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | CASE NO. 3:25-CV-00152-MMD-CSD<br><br>**PLAINTIFF'S MOTION TO WITHDRAW DKTS 26 AND 27 FILED IN ERROR**<br><br>Freedom of Information Act, 5 U.S.C. section 552 *et seq*. |

1   On August 29, 2025, Plaintiff's counsel filed a Motion for Summary Judgment and a
2 Request for Judicial Notice in this case in error. These documents should have been filed in
3 another case in this court and do not pertain to this matter. The documents filed include the
4 Motion for Summary Judgment at Dkt. 26, the Declaration of Laura Leigh in Support of Motion
5 for Summary Judgment at Dkt. 26-1, the Request for Judicial Notice at Dkt. 27, the Declaration
6 of Jennifer Rae Lovko in Support of Request for Judicial Notice at Dkt. 27-1; the Index of
7 Exhibits at Dkt. 27-2, and Exhibits A through F15 at Dkt. 27-3 to Dkt. 27-22.

8   Plaintiff respectfully withdraws the motion and request, Dkts. 26 and 27, and ask that
9 they be stricken from the docket and apologize for the error. Plaintiff reached out to counsel for
10 Defendants via email to advise them of the error and do not anticipate that they will oppose this
11 motion.

13   DATED:  August 29, 2025,                    Respectfully Submitted,

14                                                /s/ *Brent M. Resh*
                                                  BRENT M. RESH
15                                                (Nevada Bar No. 14940)
                                                  BRENT RESH LAW, PLLC
16                                                2401 La Solana Way
                                                  Las Vegas, NV 89102
17                                                (702) 781-6903
18                                                brent@brentreshlaw.com

19                                                /s/ *Jessica L. Blome*
                                                  JESSICA L. BLOME
20                                                (Cal. Bar No. 314898, pro hac vice)
                                                  J. RAE LOVKO
21                                                (Cal. Bar No. 208855, pro hac vice)
                                                  GREENFIRE LAW, PC
22                                                2748 Adeline Street, Suite A
                                                  Berkeley, CA 94703
23                                                (510) 900-9502
                                                  jblome@greenfirelaw.com
24                                                rlovko@greenfirelaw.com
25