TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
CYBILL L. DOTSON
Assistant United States Attorney
Nevada Bar No 8428
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Cybill.Dotson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Wild Horse Education, a non-profit corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>United States Department of Interior Bureau of Land Management,<br><br>　　　　　　Defendant. | Case No. 3:25-cv-00152-MMD-CSD<br><br>**Joint Stipulation for Extension Of Time To File Response To Amended Complaint**<br><br>**(Fifth Request)** |

　　　　Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Wild Horse Education, a non-profit corporation, and Federal Defendant, United States Department of Interior, Bureau of Land Management, through undersigned counsel, hereby stipulate and agree as follows:

　　　　1.　　Plaintiff filed its Amended Complaint for Declaratory and Injunctive Relief on July 03, 2025 (ECF No. 17).

　　　　2.　　Per a stipulation and order, the parties agreed that Federal Defendant's response to Plaintiff's Amended Complaint would be due by July 25, 2025 (ECF No. 21).

3. Per a subsequent stipulation and order, the parties extended the date of Federal Defendant's response to Plaintiff's Amended Complaint from July 25, 2025, through August 22, 2025. (ECF No. 23).

4. Per a subsequent stipulation and order, the parties extended the date of Federal Defendant's response to Plaintiff's Amended Complaint from August 22, 2025, up to and including, September 22, 2025. (ECF No. 25).

5. Counsel for Plaintiff and Federal Defendant have conferred that Plaintiff is satisfied with the documents provided in response to her FOIA request that is the subject of the Amended Complaint.

6. Per a subsequent stipulation and order, the parties extended the date of Federal Defendant's response to Plaintiff's Amended Complaint from September 22, 2025, up to and including, October 20, 2025.

7. There was a lapse in appropriations for the federal government that resulted in a government shutdown lasting forty-three (43) days substantially delaying matters, thus extending the October 20, 2025, deadline to December 12, 2025. In addition, the Assistant United States Attorney assigned to handle this matter left the office during that time.

8. The parties continue to work to resolve Plaintiff's claimed attorneys' fees and costs incurred with bringing this action without further intervention of the Court.

9. The matter was recently reassigned to a new Assistant U.S. Attorney, who is working to familiarize herself with the facts and procedural history. The extension will allow Federal Defendant and Plaintiff to further discuss resolution of Plaintiff's claimed attorneys' fees and costs in filing this action and to permit Federal Defendant to obtain any necessary approvals.

10. Accordingly, the parties respectfully request that the Court extend the deadline for the Federal Defendant to file a responsive pleading to Plaintiff's Amended Complaint from December 12, 2025, up to and including, **January 12, 2026**.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 12th day of December 2025.

BRENT M. RESH
Nevada Bar No. 14940
Brent Resh Law, PLLC
2401 La Solana Way
Las Vegas, Nevada 89102

/s/ Jessica L. Blome
JESSICA L. BLOME
J. RAE LOVKO
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkley, California 947103
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Cybill L. Dotson
CYBILL L. DOTSON
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** _____