BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | CASE NO. 3:25-CV-00152-MMD-CSD<br><br>**DECLARATION OF JESSICA L. BLOME IN SUPPORT OF PLAINTIFF'S OPPOSITION TO FEDERAL DEFENDANT'S MOTION TO DISMISS FIRST AMENDED AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

I, JESSICA L. BLOME, declare that if called as a witness in this action I would competently testify of my own personal knowledge, as follows:

1. I am a partner at Greenfire Law, PC and am one of the attorneys of record representing Plaintiff in this action.

2.      On April 19, 2025, BLM produced 307 pages of documents in response to Plaintiff's 2019 FOIA request. Twenty-one of these pages were withheld in part and eighty-two were fully withheld under Exemption 5 of the FOIA. After reviewing these records, I communicated with BLM counsel, explaining that none of the documents address evaluation of CAWP, which was the subject of the FOIA request. As such, I asked her to confirm the agency had no responsive documents.

3.      On July 22, 2025, BLM responded by producing an additional 21 pages of documents to Wild Horse Education's FOIA request. On July 25, 2025 and July 31, 2025, I wrote BLM regarding the new production, noting the documents still did not address evaluation of CAWP. Plaintiff therefore asked BLM to confirm the agency had not conducted any evaluation.

4.      On August 5, 2025, BLM responded that there are "no additional public records related to the internal assessment of the CAWP within the date range requested by the plaintiff in the FOIA request. At that time, the BLM did not have the resources to conduct an assessment." Attached hereto as Exhibit 1 is a true and correct copy of BLM's August 5, 2025 e-mail to me.

5.      In looking at documents produced, I noted that BLM produced documents up to and including those created in 2024. I asked BLM counsel whether the response was complete through the date of production. BLM responded that the document production was only complete through the date of the initial request (e.g., September 28, 2019); Plaintiff would need to submit another FOIA request to obtain all records created after this date. Plaintiff concluded, as a result, that Wild Horse Education would pursue no further production on the 2019 request.

6.      Thereafter, I began discussing attorneys' fees and costs with counsel for BLM. To date, the parties have been unable to reach a resolution regarding the appropriate amount of fees and costs owed to Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 26th day of January, 2026,

*/s/ Jessica L. Blome*
JESSICA L. BLOME

DECLARATION OF JESSICA L. BLOME IN SUPPORT OF PLAINTIFF'S OPPOSITION TO FEDERAL DEFENDANTS' FIRST AMENDED COMPLAINT AND PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
2

# Exhibit 1

**From:** Neff, Karissa (USANV) Karissa.Neff@usdoj.gov
**Subject:** RE: Re: [EXTERNAL] Supplemental FOIA Production
**Date:** August 5, 2025 at 12:12 PM
**To:** Rae Lovko rlovko@greenfirelaw.com, Jessica Blome jblome@greenfirelaw.com
**Cc:** Brent Resh brent@brentreshlaw.com, Covarrubias, Maria (USANV) Maria.Covarrubias@usdoj.gov, Donna Wallace dwallace@greenfirelaw.com

Good morning,

I am informed that there are no additional public records related to the internal assessment of the CAWP within the date range requested by the plaintiff in the FOIA request. At that time, the BLM did not have the resources to conduct an assessment and am informed that there are likely emails in the records produced referencing this.

Other than documents specifically referenced in BLM's response letter stating they were withheld, I am informed that there are no additional public documents that have not been provided.

Also, documents related to the CAWP can be found at the following link:

https://www.blm.gov/programs/wild-horse-and-burro/comprehensive-animal-welfare-program

Please let me know if you have any questions.

Thanks,

Karissa



**Karissa D. Neff**
**Assistant United States Attorney**
**District of Nevada**
501 Las Vegas Blvd South, Suite 1100
Las Vegas, NV 89101
(702) 388-6271
Karissa.Neff@usdoj.gov