TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

CYBILL L. DOTSON
Assistant United States Attorney
Nevada Bar No. 8428
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Cybill.Dotson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Wild Horse Education, a non-profit corporation,<br><br>              Plaintiff,<br>       v.<br><br>United States Department of Interior Bureau of Land Management,<br><br>              Defendant. | Case No. 3:25-cv-00152-MMD-CSD<br><br>**Joint Stipulation for Extension of Time to File Response Plaintiff's Opposition to Federal Defendant's Motion to Dismiss First Amended Complaint for Declaratory and Injunctive Relief And Cross Motion for Summary Judgment**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Wild Horse Education, a non-profit corporation, and Federal Defendant, United States Department of Interior, Bureau of Land Management, through undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed its Opposition to Federal Defendant's Motion to Dismiss First Amended Complaint for Declaratory and Injunctive Relief and Cross Motion for Summary Judgment on January 26, 2026 (ECF No. 36).

2. Federal Defendant's Reply to the Opposition to Federal Defendant's Motion to Dismiss First Amended Complaint for Declaratory and Injunctive Relief and Cross Motion for Summary Judgment is currently due on February 2, 2026.

3. Plaintiff and Federal Defendant agree and stipulate that Federal Defendant's time to respond to Plaintiff's Opposition to Federal Defendant's Motion to Dismiss First Amended Complaint for Declaratory and Injunctive Relief and Cross Motion for Summary Judgment shall be extended up to and including **February 23, 2026**.

4. The undersigned counsel for Federal Defendant is leaving federal service and this matter is to be reassigned to new counsel. Consequently, Federal Defendant requires additional time to reassign the matter and respond to same.

Accordingly, the Parties respectfully request that the Court extend the deadline for the United States to file a responsive pleading up to and including **February 23, 2026**.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 2nd day of February 2026.

BRENT M. RESH
Nevada Bar No. 14940
Brent Resh Law, PLLC

/s/ J. Rae Lovko
JESSICA L. BLOME
J. RAE LOVKO
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkley, California 947103
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Cybill L. Dotson
CYBILL L. DOTSON
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____