TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov
*Attorneys for Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Wild Horse Education, a non-profit corporation, | Case No.: 3:25-cv-00152-MMD-CSD |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| United States Department of Interior, Bureau of Land Management, | |
| Defendant. | |

    Please take notice that pursuant to LR IA 11-3 and LR IA 11-6 Assistant United States Attorney Marilyn E. Gartley is appearing as lead counsel on behalf of the United States Department of the Interior, Bureau of Land Management. Hereafter, all parties to the above-referenced case should notify the undersigned counsel of any action in this matter.

    Respectfully submitted this 11th day of February 2026.

                              SIGAL CHATTAH
                              First Assistant United States Attorney

                              /s/ Marilyn E. Gartley
                              Marilyn E. Gartley
                              Assistant United States Attorney
                              *Attorneys for Federal Defendant*

**Certificate of Service**

I hereby certify that on February 11, 2026, I electronically filed and served the foregoing Notice of Appearance with the Clerk of the Court for the United States District Court for the District of Nevada using the court's electronic filing and service system.

*/s/ Marilyn E. Gartley*
Marilyn E. Gartley
Assistant United States Attorney
*Attorneys for Federal Defendant*