TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov
*Attorneys for the Federal Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Wild Horse Education, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Interior, Bureau of Land Management,<br><br>Defendant. | Case No. 3:25-cv-00152-MMD-CSD<br><br>**Stipulation to Continue Case Management Conference (ECF No. 35) and Extension of Time to File Response to Plaintiff's Opposition to Federal Defendant's Motion to Dismiss First Amended Complaint for Declaratory and Injunctive Relief and Cross Motion for Summary Judgment (ECF No. 36)**<br><br>**(First Request)/(Second Request)** |

The United States Department of Interior, Bureau of Land Management ("Federal Defendant"), as the moving party, by and through the undersigned counsel, does hereby file this Stipulation to Continue Case Management Conference (ECF No. 35) and Extension of Time to File Response to Plaintiff's Opposition to Federal Defendant's Motion to Dismiss First Amended Complaint for Declaratory and Injunctive Relief and Cross Motion for Summary Judgment (ECF No. 36) with the consent of Wild Horse Education ("Plaintiff"). Collectively, the Federal Defendant and the Plaintiff are referred to as the "Parties." The undersigned AUSA representing the Federal Defendant is new to the Office, her third week, and was recently assigned to this case following the departure of former AUSA Cybill Dotson.

Plaintiff and Federal Defendant previously agreed and stipulated that Federal Defendant's time to respond to Plaintiff's Opposition to Federal Defendant's Motion to

Dismiss First Amended Complaint for Declaratory and Injunctive Relief and Cross Motion for Summary Judgment would be extended up to and including February 23, 2026, ECF No. 37, which was approved by Order of the Court. ECF No. 38. The Plaintiff has agreed to allow the Federal Defendant to have forty-five (45) days from February 23, 2026, to file a responsive pleading to Plaintiff's Opposition to Federal Defendant's Motion to Dismiss First Amended Complaint for Declaratory and Injunctive Relief and Cross Motion for Summary Judgment. ECF No. 35.

After conferring, the Parties also respectfully request the Court to move the Case Management Conference currently scheduled for February 26, 2026, with the Honorable Magistrate Judge Craig S. Denney (ECF No. 35), along with the meet and conferral and Joint Case Management Report submission deadlines set forth therein, for a period of forty-five (45) days after entry of the Court's ruling on the Parties' potentially dispositive motions.

For these reasons, the Federal Defendant, with the consent of the Plaintiff, respectfully requests for the Court to allow the Federal Defendant to have an enlargement of time allowing for the Federal Defendant to have until April 9, 2026, to respond to Plaintiff's Opposition to Federal Defendant's Motion to Dismiss First Amended Complaint for Declaratory and Injunctive Relief and Cross Motion for Summary Judgment, and the Parties further request for the Court to reschedule the Case Management Conference to a new date falling forty-five (45) days from entry of its ruling on the Parties' potentially dispositive motions.

This is the first request to continue the Case Management Conference and associated deadlines, and this is the second request made by the Federal Defendant to extend the deadline for its response to Plaintiff's Opposition to Federal Defendant's Motion to Dismiss First Amended Complaint for Declaratory and Injunctive Relief and Cross Motion for Summary Judgment. These requests are made in good faith and not for purposes of undue delay.

Respectfully submitted this 20th day of February 2026.

| | |
|---|---|
| BRENT M. RESH<br>Nevada Bar No. 14940<br>Brent Resh Law, PLLC<br>2401 La Solana Way<br>Las Vegas, Nevada 89102 | TODD BLANCHE<br>Deputy Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/Jessica L. Blome*<br>JESSICA L. BLOME<br>J. RAE LOVKO<br>Greenfire Law, PC<br>2748 Adeline Street, Suite A<br>Berkley, California 947103<br>jblome@greenfirelaw.com<br>rlovko@greenfirelaw.com<br>*Attorneys for Plaintiff* | */s/Marilyn E. Gartley*<br>MARILYN E. GARTLEY<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____