# Exhibit One

| | |
|---|---|
| **From:** | Jessica Blome |
| **To:** | Neff, Karissa (USANV) |
| **Cc:** | Rae Lovko; Brent Resh; Covarrubias, Maria (USANV) |
| **Subject:** | Re: [EXTERNAL] Supplemental FOIA Production |
| **Date:** | Tuesday, August 12, 2025 5:37:45 PM |

Hi Karissa,

My client is satisfied that we can conclude this litigation. Because she had to file suit to enforce, FOIA, she is entitled to recover her reasonable attorneys' fees and expenses. Is the DOJ open to negotiating a resolution of her attorneys' fee claim, or should we file a fee motion?

To settle our claim for fees and costs, we'd accept a total payment of $20,000 for our attorney work and expenses. This covers my law firm's fees as well as Mr. Resh's. As you know, if we file a motion for fees and fully brief that motion, we will be able to recover attorneys' fees and expenses related to that work, which would increase our fee demand considerably. Right now, we are able to settle at what I believe is a very reasonable fee award.

Please let me know your response by end of week, as we'd like to file before your answer is due.

Sincerely,

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA  94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorneyclient privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

On Aug 8, 2025, at 12:55 PM, Neff, Karissa (USANV)

<Karissa.Neff@usdoj.gov> wrote:

Good afternoon.

I am informed that the response is only complete through the date of the initial request and that if documents are requested outside that period, another FOIA request would need to be submitted.

Thank you,
Karissa

---

**From:** Jessica Blome <jblome@greenfirelaw.com>
**Sent:** Thursday, August 7, 2025 5:31 AM
**To:** Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov>
**Cc:** Rae Lovko <rlovko@greenfirelaw.com>; Brent Resh <brent@brentreshlaw.com>; Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>; Donna Wallace <dwallace@greenfirelaw.com>
**Subject:** Re: [EXTERNAL] Supplemental FOIA Production

Hi Karissa,

Thank you for this follow up. We have one more follow up question (hopefully). You note below that your response regarding no more responsive documents is limited to the dates of the FOIA request, which was submitted in 2018. But the BLM produced documents up to and including 2024. Is the response complete, then, through the date of production, or do we need other submit another FOIA request and start over to get to the bottom of this?

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA  94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney⊡client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

On Aug 5, 2025, at 12:12 PM, Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov> wrote:

Good morning,

I am informed that there are no additional public records related to the internal assessment of the CAWP within the date range requested by the plaintiff in the FOIA request.  At that time, the BLM did not have the resources to conduct an assessment and am informed that there are likely emails in the records produced referencing this.

Other than documents specifically referenced in BLM's response letter stating they were withheld, I am informed that there are no additional public documents that have not been provided.

Also, documents related to the CAWP can be found at the following link:

https://www.blm.gov/programs/wild-horse-and-burro/comprehensive-animal-welfare-program

Please let me know if you have any questions.

Thanks,

Karissa

<image001.jpg>    **Karissa D. Neff**
**Assistant United States Attorney**
**District of Nevada**
501 Las Vegas Blvd South, Suite 1100
Las Vegas, NV 89101
(702) 388-6271
Karissa.Neff@usdoj.gov

---

**From:** Rae Lovko <rlovko@greenfirelaw.com>
**Sent:** Thursday, July 31, 2025 11:09 AM
**To:** Jessica Blome <jblome@greenfirelaw.com>
**Cc:** Brent Resh <brent@brentreshlaw.com>; Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>; Donna Wallace <dwallace@greenfirelaw.com>; Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov>
**Subject:** [EXTERNAL] Re: Supplemental FOIA Production

Hi Karissa,

I am writing to follow up on Jessica Blome's email. Can BLM confirm that there was no review of the CAWP standards or assessment tool themselves?

Best,

Rae

On Fri, Jul 25, 2025 at 3:34 PM Jessica Blome <jblome@greenfirelaw.com> wrote:

> Hi Karissa,
>
> My client has reviewed the supplemental document production and wants me to confirm with the BLM that this is

everything responsive to her request. Still missing is any documents related to a review of the CAWP standards and self-assessment tool. It appears that the BLM undertook an evaluation of the IM, which they made permanent, but nothing evidences a review of the standards or assessment tool themselves. If that is the case, that this is all that exists, we are ready to accept that and may be willing to dismiss settlement of our fee claim to accompany dismissing the litigation.

Please let us know.

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA  94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney‑client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

--

Rae Lovko, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 710
rlovko@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.