AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Wild Horse Education

                   Plaintiff,

   v.

Department of Interior et al

                  Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:25-cv-00152-MMD-CSD

____ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendants, Department of Interior, Bureau of Land Management, and against Plaintiff, Wild Horse Education.

06/17/2026
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ MAM
_____
Deputy Clerk