BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, <br><br> Defendant. | CASE NO. 3:25-CV-00152-MMD-CSD <br><br> **ORDER GRANTING STIPULATION TO BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |

Pursuant to Local Rule IA 6-1, Plaintiff Wild Horse Education and Defendant United States Department of Interior, Bureau of Land Management (BLM) (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the time to file any motions related to attorneys' fees and costs by 30 days, until August 1, 2026, and then set a briefing schedule on Plaintiff's motion as outlined herein. In support of this request, the Parties declare:

STIPULATION FOR BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES
1

WHEREAS, on June 17, 2026, the Court issued an opinion and order on the Parties' cross-motions for summary judgment. Dkt. 46.

WHEREAS, on June 17, 2026, judgment was entered by the Clerk of the Court. Dkt. 47.

WHEREAS, pursuant to Rule 54(d)(2)(B), Plaintiff must file its a motion for attorneys' fees and costs on or before July 2, 2026.

WHEREAS, on June 29, 2026, counsel for Plaintiff Jennifer Rae Lovko went out on medical leave unexpectedly,

WHEREAS, undersigned counsel for Plaintiff has several motions due this week and two evidentiary hearings scheduled for Monday, July 6, 2026, making it difficult to manage Ms. Lovko's workload in her absence,

WHEREAS, the Parties are engaged in good faith settlement discussions, and any additional time to prepare and file attorneys' fee papers would provide more time for those discussions to continue,

WHEREAS, the Parties have met and conferred to determine whether Defendant would agree to extend the deadline for Plaintiff to file its motion for attorneys' fees by thirty days to August 1, 2026,

WHEREAS, Defendant does not oppose this motion and hereby stipulate to the new deadline for Plaintiff's motion as **August 1, 2026**,

WHEREAS, Defendant has a similarly heavy workload at the end of August and requested that Plaintiff stipulate to a briefing schedule that would give Defendant equal time to prepare its opposition to Plaintiff's fee motion,

WHEREAS, the Parties agreed to stipulate to Defendant's deadline to oppose Plaintiff's fee motion as **August 31, 2026**,

WHEREAS, Plaintiff will file its reply in support of its fee motion on or before **September 7, 2026**, in accord with the Court's local rules,

WHEREAS, this is the first stipulation for an extension of time to file a motion for attorneys' fees and costs.

WHEREAS, it is well-established that the court has the inherent power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Leyva v. Certified Grocers of California*, 593 F.2d 857, 863-64 (9th Cir. 1979).

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, AND THE COURT ORDERS, AS FOLLOWS:

Upon entry of the Court's order, the deadline to file any motion for attorneys' fees and costs is extended from July 2, 2026, to August 1, 2026;

Defendant's opposition to Plaintiff's motion for attorneys' fees and costs will be due on August 31, 2026;

Plaintiff may reply to Defendant's opposition in support of Plaintiff's motion for attorneys' fees and costs on or before September 7, 2026;

IT IS SO STIPULATED.

Dated: July 2, 2026,                    Respectfully Submitted,

/s/ *Jessica L. Blome*
GREENFIRE LAW, PC
Jessica L. Blome
(Cal. Bar No. 314898, appearing pro hac vice)
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

*Attorneys for Plaintiffs*

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

*/s/ Marilyn E. Gartley*
MARIYLN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-5084
Marilyn.gartley@usdoj.gov

*Attorneys for the Federal Defendant*


IT IS SO ORDERED:

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED:  July 6, 2026