BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | CASE NO. 3:25-CV-00152-MMD-CSD<br><br>**DECLARATION OF BRENT M. RESH IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, BRENT M. RESH hereby state and declare under penalty of perjury as follows:

1. I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. I am an attorney licensed to practice in Nevada and in good standing in Nevada

(Bar Number 14940). My firm, Brent Resh Law, PLLC, represents Plaintiff Wild Horse Education (WHE).

3.    Brent Resh Law, PLLC, has served as local counsel and co-counsel in this matter. As local counsel, I engaged in various aspects of prosecuting this case, including review of pleadings, briefings, and court orders as well as communication with co-counsel, Jessica L. Blome and Rae Lovko at Greenfire Law, P.C.

4.    I received my J.D. from the University of Nevada, Las Vegas William S. Boyd School of Law in 2018.  Following law school, I was a judicial law clerk for Justice Kristina Pickering at the Nevada Supreme Court for two years. After that I worked for a transactional law firm, Sklar Williams, and then a litigation law firm, Clark Hill, before I started my solo practice. In 2024, I opened Brent Resh Law, PLLC. As of 2022, I am also a licensed patent attorney.

5.    My hourly rate is $400.

6.    Attached hereto as **Exhibit 1** is a true and correct copy of my time records incurred as co-counsel and local counsel in this matter from March 2025 through June 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 28th day of July, 2026,                    /s/ Brent M. Resh
                                                        BRENT M. RESH

DECLARATION OF BRENT M. RESH IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

2

EXHIBIT 1

Case 3:25-cv-00152-MMD-CSD   Document 50-2   Filed 08/02/26   Page 4 of 5

The Law Office of Brent M. Resh
—Brent Resh Law, PLLC—
(702) 781-6903

# INVOICE

Invoice No: 119-001 DRAFT
Date: 7/2/26
Due Date: 8/1/26
Matter No: 119-5

Laura Leigh
Laura Leigh

### Case No. 3:25-cv-00152 (FOIA request)

| Date | Description | Attorney | Time | Rate | Amount |
|---|---|---|---|---|---|
| 3/17/25 | Review and comment on initial draft of complaint. | Brent Resh | 0.8 hrs | $350.00/HR | $280.00 |
| 3/18/25 | Review and sign final complaint before filing; review draft summons. | Brent Resh | 0.2 hrs | $350.00/HR | $70.00 |
| 3/25/25 | Review and sign proposed petitions for pro hac vice admission. | Brent Resh | 0.2 hrs | $350.00/HR | $70.00 |
| 6/12/25 | Review Defendants' motion to dismiss complaint. | Brent Resh | 0.3 hrs | $350.00/HR | $105.00 |
| 6/17/25 | Review and sign first amended complaint. | Brent Resh | 0.3 hrs | $350.00/HR | $105.00 |
| 7/2/25 | Review minute order from chambers. | Brent Resh | 0.1 hrs | $350.00/HR | $35.00 |
| 7/8/25 | Review civil standing order. | Brent Resh | 0.3 hrs | $350.00/HR | $105.00 |
| 7/25/25 | Review email from J. Blome to all counsel. | Brent Resh | 0.1 hrs | $350.00/HR | $35.00 |
| 8/7/25 | Review email from J. Blome. | Brent Resh | 0.1 hrs | $350.00/HR | $35.00 |
| 8/12/25 | Review settlement of fees and costs offer from J. Blome. | Brent Resh | 0.2 hrs | $350.00/HR | $70.00 |
| 1/12/26 | Review second motion to dismiss. | Brent Resh | 0.2 hrs | $350.00/HR | $70.00 |
| 1/20/26 | Review order setting case management conference. | Brent Resh | 0.1 hrs | $350.00/HR | $35.00 |
| 1/26/26 | Review and comment on draft of opposition to motion to dismiss. | Brent Resh | 0.3 hrs | $350.00/HR | $105.00 |
| 4/9/26 | Review reply to motion to dismiss. | Brent Resh | 0.2 hrs | $350.00/HR | $70.00 |
| 6/17/26 | Review judgment. | Brent Resh | 0.1 hrs | $350.00/HR | $35.00 |
| **Total Hourly Fees** | | | **3.5 hrs** | | **$1,225.00** |

**Invoice Subtotal:**    **$1,225.00**

**Balance:**    **$1,225.00**

Please make checks payable to "Brent M. Resh, Esq."

You may pay by mailing a check to the address above or by using Law Pay:
https://secure.lawpay.com/pages/brentreshlaw/operating

Any transaction fees are solely the responsibility of the client. Other payment options are available.