TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Wild Horse Education, a non-profit corporation,

Plaintiff,

v.

United States Department of Interior, Bureau of Land Management,

Defendant.

Case No. 3:25-cv-00152-MMD-CSD

**Order Granting Stipulation to Extend Briefing Schedule (ECF No. 49) on Motion for Attorney's Fees (ECF No. 50)**

**(First Request)**

The United States Department of Interior, Bureau of Land Management ("Federal Defendant"), as the moving party, by and through the undersigned counsel, does hereby file this Stipulation to Extend Briefing Schedule (ECF No. 49) on Motion for Attorney's Fees (ECF No. 50) with the consent of Wild Horse Education ("Plaintiff"). Collectively, the Federal Defendant and the Plaintiff are referred to as the "Parties."

Plaintiff and Federal Defendant previously agreed and stipulated that Federal Defendant's deadline to respond to Plaintiff's Motion for Attorney's Fees (ECF No. 50) would be August 31, 2026, and that Plaintiff's deadline to reply in support of the motion would be September 7, 2026. ECF No. 49. After conferring, the Parties respectfully request the Court extend the deadline for Federal Defendant's response to **September 9, 2026**, and the deadline for Plaintiff to reply to **September 29, 2026**. This extension of the briefing

schedule is requested because agency counsel will be on leave and needs additional time to review the draft response, and Plaintiff's counsel has several competing deadlines.

For these reasons, the Parties respectfully request that the Court extend Federal Defendant's response deadline to **September 9, 2026**, and extend Plaintiff's reply deadline to **September 29, 2026**. This is the first request to extend the briefing schedule (ECF No. 49) on Plaintiff's motion for attorney's fees (ECF No. 50). This request is made in good faith and not for purposes of undue delay.

Respectfully submitted this 31st day of August 2026.

BRENT M. RESH
Nevada Bar No. 14940
Brent Resh Law, PLLC
2401 La Solana Way
Las Vegas, Nevada 89102

*/s/ Jessica L. Blome*
JESSICA L. BLOME
J. RAE LOVKO
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkley, California 947103
jblome@greenfirelaw.com
rlovko@greenfirelaw.com
*Attorneys for Plaintiff*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Marilyn E. Gartley*
MARILYN E. GARTLEY
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** September 1, 2026