TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Wild Horse Education, a non-profit corporation,

Plaintiff,

v.

United States Department of Interior, Bureau of Land Management,

Defendant.

Case No. 3:25-cv-00152-MMD-CSD

**Order Granting Federal Defendant's Unopposed Motion for Seven-Day Extension to File Response to Plaintiff's Motion for Attorney's Fees (ECF No. 50)**

**(Second Request)**

The United States Department of Interior, Bureau of Land Management ("Federal Defendant"), as the moving party, by and through the undersigned counsel, does hereby file its Motion for Seven-Day Extension to File Response to Plaintiff's Motion for Attorney's Fees (ECF No. 50) with the consent of Wild Horse Education ("Plaintiff"). This motion is supported by the memorandum of points and authorities below.

This is the second request to extend Federal Defendant's deadline to file its response to Plaintiff's motion for attorney's fees (ECF No. 50). This request is made in good faith and not for purposes of undue delay.

Plaintiff and Federal Defendant previously agreed and stipulated that Federal Defendant's deadline to respond to Plaintiff's Motion for Attorney's Fees (ECF No. 50) would be September 9, 2026. ECF No. 52. Federal Defendant now respectfully requests that the Court extend the deadline for Federal Defendant to file its response to Plaintiff's Motion

to **September 16, 2026**. This seven-day extension is requested because of time-zone differences disrupting undersigned's coordination with agency counsel and the need of the undersigned to further confer with agency counsel regarding the filing itself. On September 9, 2026, counsel for the Federal Defendant emailed Plaintiff's counsel about the requested extension. Plaintiff's counsel confirmed that she does not object to the seven-day extension.

**Memorandum of Points and Authorities**

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned counsel has diligently prepared Federal Defendant's response to Plaintiff's Motion for Attorney's Fees (ECF No. 50). However, an additional week is needed because of time-zone differences disrupting the undersigned's coordination with agency counsel and because of the need of the undersigned to further confer with agency counsel regarding the filing. Because of the nature of the objection, additional coordination with agency counsel is essential for the undersigned's ability to file the Federal Defendant's objection and affix her signature thereto. For these reasons, Federal Defendant respectfully requests an extension of an additional seven days up to an including **September 16, 2026**, to file a response to Plaintiff's Motion for Attorney's Fees (ECF No. 50).

/ / /

///

Given Federal Defendant's diligence, good cause exists for the one-day extension. Federal Defendant, therefore, respectfully requests that the Court grant this motion.

Respectfully submitted this 9th day of September 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/Marilyn E. Gartley*
MARILYN E. GARTLEY
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** September 10, 2026