# Exhibit 1

BISON CONNECT

FOIA, BLM_WO <blm_wo_foia@blm.gov>

# FOIA 2020-00032

1 message

**FOIA, BLM_WO** <blm_wo_foia@blm.gov> Mon, Oct 7, 2019 at 1:03 PM
To: laura@wildhorseeducation.org
Bcc: Maritiza Harris <mtharris@blm.gov>

Good afternoon Ms. Leigh,

Our FOIA office received a FOIA request dated September 28, 2019 and received in our office September 30, 2019. We assigned it control number 2020-00032. Please cite this number in any future communications regarding your request.

In your request you asked for the following:

" Any and all correspondence, meeting notes, telephone records, operation evaluation sheets, pertaining to the the evaluation, training, proposed changes, effectiveness of the Comprehensive Animal Welfare Policy (CAWP) from November 2015 to the present."

We have received your fee waiver request and it will be processed accordingly. In the interim, we have classified you as an "other" requester. As such, we may charge you for some of our search and duplication costs, but we will not charge you for our review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free. See 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. See 43 C.F.R. § 2.49(a)(1).

We use Multitrack Processing to process FOIA requests. The Simple track is for requests that can be processed in one to five workdays. The Normal track is for requests that can be processed in six to twenty workdays. The Complex track is for requests that can be processed in twenty-one to sixty workdays. The Exceptional/Voluminous track is for requests requiring more than sixty workdays for processing. The Expedited track is for requests that have been granted expedited processing. Within each track, requests are usually processed on a first-in, first-out basis.

This request falls into the **Exceptional/Voluminous** track.

Even though we normally process requests on a first-in, first-out basis, because of the nature of your request and the circumstances surrounding this request, we will prioritize and process your request as the records become available.

If you have any questions, please contact us at BLM_WO_FOIA@blm.gov or 202-912-7650. Thank you for your interest in public lands and in programs and activities of the BLM.

Inline image 1
Washington Office FOIA Coordinators
Bureau of Land Management
Phone: 202-912-7650
Fax: 202-245-0027
BLM_WO_FOIA@blm.gov

# Exhibit 2

## Re: [EXTERNAL] Fwd: FOIA 2020-00032

Reid, Michelle A <mareid@blm.gov>
on behalf of
FOIA, BLM_WO <BLM_WO_FOIA@blm.gov>
Mon 3/9/2020 2:48 PM

**To:** wildhorseeducation@gmail.com <wildhorseeducation@gmail.com>
**Bcc:** Lucas, Jacqueline M <jmlucas@blm.gov>

Good afternoon Mr. Leigh,

At this time, we are working with our subject matter experts to fulfill your request but to give you a bit of insight on how we process our FOIA Requests, we use Multitrack Processing to process FOIA requests. The Simple track is for requests that can be processed in one to five workdays. The Normal track is for requests that can be processed in six to twenty workdays. The Complex track is for requests that can be processed in twenty-one to sixty workdays. The **Exceptional/Voluminous** track is for requests requiring more than sixty workdays for processing. The Expedited track is for requests that have been granted expedited processing. And most importantly, within each track, requests are usually processed on a first-in, first-out basis. With that being said, we have almost 700 backlogged requests, so we are working down the list to process your request in the order it was received.

Even though we normally process requests on a first-in, first-out basis, because of the nature of your request and the circumstances surrounding this request, we will process your request as the records become available and send them in interim releases.

Thank you,

---

**From:** WildHorseEducation . <wildhorseeducation@gmail.com>
**Sent:** Monday, March 9, 2020 2:18 PM
**To:** FOIA, BLM_WO <BLM_WO_FOIA@blm.gov>
**Subject:** [EXTERNAL] Fwd: FOIA 2020-00032

I have not received any further information on the progress of this request.
Can you please update me on an expected date for reply?

Thank you.

---------- Forwarded message ---------
From: **Laura Leigh** <laura@wildhorseeducation.org>
Date: Mon, Oct 7, 2019 at 6:50 PM
Subject: Fwd: FOIA 2020-00032
To: <wildhorseeducation@gmail.com>

---------- Forwarded message ---------
From: **FOIA, BLM_WO** <blm_wo_foia@blm.gov>
Date: Mon, Oct 7, 2019 at 10:03 AM
Subject: FOIA 2020-00032
To: <laura@wildhorseeducation.org>

Good afternoon Ms. Leigh,
Our FOIA office received a FOIA request dated September 28, 2019 and received in our office September 30, 2019. We assigned it control number 2020-00032. Please cite this number in any future communications regarding your request.
In your request you asked for the following:
" Any and all correspondence, meeting notes, telephone records, operation evaluation sheets, pertaining to the the evaluation, training, proposed changes, effectiveness of the Comprehensive Animal Welfare Policy (CAWP) from November 2015 to the present."
We have received your fee waiver request and it will be processed accordingly. In the interim, we have classified you as an "other" requester. As such, we may charge you for some of our search and duplication costs, but we will not charge you for our review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free. See 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. See 43 C.F.R. § 2.49(a)(1).

We use Multitrack Processing to process FOIA requests. The Simple track is for requests that can be processed in one to five workdays. The Normal track is for requests that can be processed in six to twenty workdays.
The Complex track is for requests that can be processed in twenty-one to sixty workdays. The Exceptional/Voluminous track is for requests requiring more than sixty workdays for processing. The Expedited track is for requests that have been granted expedited processing. Within each track, requests are usually processed on a first-in, first-out basis.

This request falls into the **Exceptional/Voluminous** track.

Even though we normally process requests on a first-in, first-out basis, because of the nature of your request and the circumstances surrounding this request, we will prioritize and process your request as the records become available.

If you have any questions, please contact us at BLM_WO_FOIA@blm.gov or 202-912-7650. Thank you for your interest in public lands and in programs and activities of the BLM.

Washington Office FOIA Coordinators
Bureau of Land Management
Phone: 202-912-7650
Fax: 202-245-0027
BLM_WO_FOIA@blm.gov

# Exhibit 3

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

March 9, 2020

To: WO-200

From: Ryan Witt, Acting Division Chief
External Affairs

Re: FOIA request from Laura Leigh, Wild Horse Education

The Bureau of Land Management has received the following request for information under the FOIA. Below are instructions to assist with your search.

Staff should search for:

> " Any and all correspondence, meeting notes, telephone records, operation evaluation sheets, pertaining to the the evaluation, training, proposed changes, effectiveness of the Comprehensive Animal Welfare Policy (CAWP) from November 2015 to the present."

> **Date range of Search**: November 2015 to March 9, 2020

> **Deadline for Search Response**: March 30, 2020

> **Deadline for submission of Documents**: March 30, 2020

Full and complete copies of any and all requested documents should be produced promptly in accordance with 5 U.S.C. 552(a)(3)(D).

***Any questions regarding this FOIA request should be directed to: Jacky Lucas jmlucas@blm.gov or (202) 912 – 7650.***

**Step-by-step instructions:**

You are responsible for ensuring that each employee in the directorate, *who may have potentially responsive records*, receives a copy of this Production Guidance and is instructed to search for these records.

1) Identify which parts of your organization may have responsive records based on the description above. Other employees do not need to conduct a search.

2) Send the employee(s) or supervisor(s) instructions to search for records. Contact **Jacky Lucas** to arrange for a search for employees who have left the Department of the Interior.

If you have responsive records located on a non-official email account that have not already been carbon copied or forwarded to your official email account, you must 1) forward them to your official email account if you are within the 20-day window and provide them to the FOIA Office as part of your search response or 2) provide them to the FOIA Office from your non-official email account as part of your search response.

3) At the same time, ask for documentation of the time to search, terms used and location of search. Please use the attached *WO DAD 2020-00032.docx (Form 1278-2)*.

4) On or before **March 30, 2020**, send the records, if any, to **Jacky Lucas**. If no records are located skip to step 5.

5) On or before **March 30, 2020**, send the completed *WO DAD2020-00032.docx* (documentation of the search). If you asked multiple people to search, please combine all of the forms for signature by the Deputy Assistant Director.

All completed certifications and records should be sent to **Jacky Lucas** electronically or delivered to Workspace # 6270, 20 M Street.

# Exhibit 4

# [EXTERNAL] Re: Acknowledgement Letter for FOIA Request 2019-001585

Laura Leigh <laura@wildhorseeducation.org>
Tue 4/13/2021 4:54 PM
To:FOIA, BLM_WO <BLM_WO_FOIA@blm.gov>

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

We requested electronic conveyance and a fee waiver.

We hope this request has not been sent to the end of the line considering it was made in 2019, over a year and a half ago.

Thank you for responding.

On Tue, Apr 13, 2021 at 1:19 PM <blm_wo_foia@email.doi.gov> wrote:

> Good Afternoon,
>
> This letter acknowledges your Freedom of Information Act (FOIA) request dated and received in our office **September 30, 2019**. Your request has been logged in under control number **2019-001585**. Please use this control number in all subsequent correspondence concerning your request.
>
> In your letter you have requested the following:
>
> From November 2015 to Sept. 30, 2019: Any and all correspondence, meeting notes, telephone records, operation evaluation sheets, pertaining to the the evaluation, training, proposed changes, effectiveness of the Comprehensive Animal Welfare Policy (CAWP).
>
> In the interim, we have classified you as an **Other** requester. As such, we may charge you for some of our duplication costs, but we will not charge you for our search and review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free. See 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. See 43 C.F.R. § 2.49(a)(1)
>
> We use Multitrack Processing to process FOIA requests. The Simple track is for requests that can be processed in one to five workdays. The Normal track is for requests that can be processed in six to twenty workdays. The Complex track is for requests that can be processed in twenty one to sixty workdays. The Exceptional/Voluminous track is for requests requiring more than sixty workdays for processing. The

Expedited track is for requests that have been granted expedited processing. Within each track, requests are usually processed on a first-in, first-out basis.

This request falls into the **Complex** track.

If you have any questions, please contact us at BLM_WO_FOIA@blm.gov or 202-912-7650. Thank you for your interest in public lands and in programs and activities of the BLM.

Thank you,

Washington Office FOIA Coordinators

Bureau of Land Management

Phone: 202-912-7650

Fax: 202 245 0027

BLM_WO_FOIA@blm.gov

--

Wild Horse Education
http://wildhorseeducation.org

*"Educating the mind without educating the heart is no education at all."*
*Aristotle*

*The information contained in this e mail, as well as any attachments, is from Wild Horse Education® (WHE®) and is intended for use only by those addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient(s) of this e mail, you are hereby notified that any dissemination, distribution, copying or use of the contents of this e mail, and any attachments hereto, is strictly prohibited unless authorized by the sender. If you have received this e mail in error, please immediately notify the sender by reply email and permanently delete this e mail and any printout thereof. Thank you.*

# Exhibit 5

**Perry, Kenneth L**

**From:** Perry, Kenneth L
**Sent:** Monday, December 4, 2023 6:54 AM
**To:** laura@wildhorseeducation.org
**Subject:** DOI-BLM-2019-001585

Ms. Leigh

This letter is in regard to your Freedom of Information Act ("FOIA") request dated October 7, 2019, assigned tracking number DOI-BLM-2019-001585 . Please cite this number in any future communications with our office regarding your request. You are seeking documents for From November 2015 to Sept. 30, 2019: correspondence, meeting notes, telephone records, operation evaluation sheets, pertaining to the evaluation, training, proposed changes, effectiveness of the Comprehensive Animal Welfare Policy (CAWP). The Bureau of Land Management is experiencing a backlog of FOIA requests that has impacted our ability to process your request. Please know that the Bureau's management is very committed to providing responses to FOIA requests and remedying the FOIA backlog

Given the passage of time, this communication is to confirm whether you are still interested in having the attached FOIA requests processed. If upon review, you are still interested in having your request processed, please notify me at kperry@blm.gov; if we do not hear from you within 5 workdays, we will accept your non-response as a withdrawal of your FOIA request and close your requests appropriately.

*Kenneth L. Perry*
*FOIA Specialist*
*Department of the Interior, Bureau of Land Management*
*HQ640, External Affairs (Communications Division)*
*1849 C Street, NW*
*Washington, DC 20240*
*Office/Cell: (240) 475-9160*

# Exhibit 6

**Perry, Kenneth L**

**From:** Laura Leigh <laura@wildhorseeducation.org>
**Sent:** Monday, December 4, 2023 9:39 AM
**To:** Perry, Kenneth L
**Subject:** [EXTERNAL] Re: DOI-BLM-2019-001585

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Kenneth,

Yes, I am still interested in the request I filed in October of 2019, assigned tracking number DOI-BLM-2019-001585.
Any documents from November 2015 to Sept. 30, 2019 referencing CAWP: correspondence, meeting notes, telephone records, operation evaluation sheets, pertaining to the evaluation, training, proposed changes... etc.
I know there was a self-assessment tool put into effect in fall of 2015. I do not know what that was labelled internally and in use from 2025-2020. I would ask that be included in any response as well.

I would ask tha, due to the time lapse of 4 years since the initial request, the end date of the request reflects September 30, 2020.
If it is possible to have the request cover November 2015-September 2020?

Thank you very much for addressing this extremely important and long awaited request.

Sincerely,
Laura Leigh

On Mon, Dec 4, 2023 at 3:53 AM Perry, Kenneth L <kperry@blm.gov> wrote:

> Ms. Leigh
>
> This letter is in regard to your Freedom of Information Act ("FOIA") request dated October 7, 2019, assigned tracking number DOI-BLM-2019-001585 . Please cite this number in any future communications with our office regarding your request. You are seeking documents for From November 2015 to Sept. 30, 2019: correspondence, meeting notes, telephone records, operation evaluation sheets, pertaining to the evaluation, training, proposed changes, effectiveness of the Comprehensive Animal Welfare Policy (CAWP). The Bureau of Land Management is experiencing a backlog of FOIA requests that

has impacted our ability to process your request. Please know that the Bureau's management is very committed to providing responses to FOIA requests and remedying the FOIA backlog

Given the passage of time, this communication is to confirm whether you are still interested in having the attached FOIA requests processed. If upon review, you are still interested in having your request processed, please notify me at kperry@blm.gov; if we do not hear from you within 5 workdays, we will accept your non-response as a withdrawal of your FOIA request and close your requests appropriately.

*Kenneth L. Perry*
*FOIA Specialist*

*Department of the Interior, Bureau of Land Management*

*HQ640, External Affairs (Communications Division)*

*1849 C Street, NW*

*Washington, DC 20240*

*Office/Cell: (240) 475-9160*

--

Wild Horse Education
http://wildhorseeducation.org

*"Educating the mind without educating the heart is no education at all."*
*— Aristotle*

*The information contained in this e-mail, as well as any attachments, is from Wild Horse Education® (WHE®) and is intended for use only by those addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient(s) of this e-mail, you are hereby notified that any dissemination, distribution, copying or use of the contents of this e-mail, and any attachments hereto, is strictly prohibited unless authorized by the sender. If you have received this e-mail in error, please immediately notify the sender by reply email and permanently delete this e-mail and any printout thereof. Thank you.*

# Exhibit 7

Outlook

**Fw: 2019-001585**

**From** FOIA, BLM_WO <BLM_WO_FOIA@blm.gov>
**Date** Wed 4/9/2025 11:40 AM
**To** Qvarnstrom, Alexi L <alexi.qvarnstrom@sol.doi.gov>

2 attachments (9 MB)
2019-001585_Final Response.pdf; FINAL RESPONSE_2019-001585_Redacted.pdf;

For your record.

Thanks,

---

**From:** FOIA, BLM_WO
**Sent:** Wednesday, April 9, 2025 9:01 AM
**To:** laura@wildhorseeducation.org <laura@wildhorseeducation.org>
**Subject:** 2019-001585

This letter is a final response to your Freedom of Information Act (FOIA) request, dated October 7, 2019. The tracking number is 2019-001585. In your letter, you asked for the following:

> "Any and all correspondence, meeting notes, telephone records, operation evaluation sheets, pertaining to the evaluation, training, proposed changes, effectiveness of the Comprehensive Animal Welfare Policy (CAWP)."

For this final response, BLM is providing 307 pages which is determined to be responsive to your request. We are providing (204) pages which are being released in full. Additionally, (21) pages are withheld in part, and (82) are fully withheld under Exemption 5 of the FOIA.

Thanks,

NATIONAL SYSTEM OF PUBLIC LANDS
U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

*April 9, 2025*

*In Reply Refer To:*
1278-FOIA (640)
FOIA# 2019-001585

Via email: laura@wildhorseeducation.org

Wild Horse Education (WHE)
Laura Leigh
216 Lemmon Dr
Reno, NV 89506

Dear Ms. Leigh:

This letter is a final response to your Freedom of Information Act (FOIA) request, dated October 7, 2019. The tracking number is 2019-001585. In your letter, you asked for the following:

> "Any and all correspondence, meeting notes, telephone records, operation evaluation sheets, pertaining to the the evaluation, training, proposed changes, effectiveness of the Comprehensive Animal Welfare Policy (CAWP)."

For this final response, BLM is providing 307 pages which is determined to be responsive to your request. We are providing (204) pages which are being released in full. Additionally, (21) pages are withheld in part, and (82) are fully withheld under Exemption 5 of the FOIA.

Exemption 5 allows an agency to withhold "inter-agency or intra-agency memorandums or letters which would not be available by law to a party ... in litigation with the agency." 5 U.S.C. § 552(b)(5). Exemption 5 therefore incorporates the privileges that protect materials from discovery in litigation, including the deliberative process, attorney work-product, attorney-client, and commercial information privileges. We are withholding the requested record in full under Exemption 5 because it qualifies to be withheld both because it meets the Exemption 5 threshold of being inter-agency or intra-agency and under the following privilege.

*Deliberative Process Privilege*

The deliberative process privilege protects the decision-making process of government agencies and encourages the frank exchange of ideas on legal or policy matters by ensuring agencies are not forced to operate in a fishbowl. A number of policy purposes have been attributed to the

deliberative process privilege, such as: (1) assuring that subordinates will feel free to provide the decisionmaker with their uninhibited opinions and recommendations; (2) protecting against premature disclosure of proposed policies; and (3) protecting against confusing the issues and misleading the public.

The deliberative process privilege protects materials that are both predecisional and deliberative. The privilege covers records that reflect the give-and-take of the consultative process and may include recommendations, draft documents, proposals, suggestions, and other subjective documents which reflect the personal opinions of the writer rather than the policy of the agency.

The materials that have been withheld under the deliberative process privilege of Exemption 5 are both predecisional and deliberative. They do not contain or represent formal or informal agency policies or decisions. They are the result of frank and open discussions among employees of the Department of the Interior. Their contents have been held confidential by all parties and public dissemination of this information would expose the agency's decision-making process in such a way as to discourage candid discussion within the agency, and thereby undermine its ability to perform its mandated functions.

The deliberative process privilege does not apply to records created 25 years or more before the date on which the records were requested.

If you have any questions regarding this request, please contact Kenneth Perry, BLM Government Information Specialist, at (720) 281-1649 or via email at BLM_WO_FOIA@blm.gov.

Sincerely,
Ryan Witt
FOIA Officer
Bureau of Land Management

# Exhibit 8

**From:** Jessica Blome
**To:** Johnson, Summer (USANV)
**Cc:** Brent Resh; Rae Lovko; Covarrubias, Maria (USANV); Neff, Karissa (USANV)
**Subject:** [EXTERNAL] Re: Wild Horse Education V. Department Of Interior et al., Case No.3:25cv152,
**Date:** Wednesday, June 18, 2025 9:02:49 AM

---

Good morning, Summer,

We have reviewed your motion to dismiss the FOIA complaint, and we have a few questions before we file our response. Your answers may make a response unnecessary.

Laura Leigh submitted her FOIA request years ago in order to get information and documents related to the BLM's status review and implementation of the 2015 IM related to the then-nascent Comprehensive Animal Welfare Program. She was busy this spring and has just had time to fully review the government's response to her FOIA, which everyone agrees was triggered by this lawsuit. She notes that the FOIA records released by the agency do NOT include any documents related to a status review of the draft IM or any documents related to making the IM and CAWP permanent, a review of the CAWP self assessment tool, or any of the other reviews or plan finalization documents she was expecting to see. My question is — does this truly mean no documents like this exist? That is, will the BLM affirmatively say it does not have any responsive documents on those topics? If none exist, we may be done with this litigation and could discuss settlement of plaintiff's fee recovery claim for having to file suit to get these long-overdue public records.

Thank you very much for your prompt attention to these questions. Our response to the motion to dismiss is due July 3, so we hope to have this answered well in advance so as not to waste any more time.

Thank you,

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA 94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorneyclient privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

# Exhibit 9

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

*July 22, 2025*

*In Reply Refer To:*
1278-FOIA (640)
FOIA# 2019-001585

Via email: laura@wildhorseeducation.org

Wild Horse Education (WHE)
Laura Leigh
216 Lemmon Dr
Reno, NV 89506

Dear Ms. Leigh:

This letter is a supplemental response to your Freedom of Information Act (FOIA) request, dated September 28, 2019. The tracking number is 2019-001585. In your letter, you asked for the following:

> "Any and all correspondence, meeting notes, telephone records, operation evaluation sheets, pertaining to the evaluation, training, proposed changes, effectiveness of the Comprehensive Animal Welfare Policy (CAWP)."

For this final response, BLM is providing 21 pages which is determined to be responsive to your request. We are providing (15) pages which are being released in full. Additionally, (6) pages are withheld in part, under Exemption 5 of the FOIA.

Exemption 5 allows an agency to withhold "inter-agency or intra-agency memorandums or letters which would not be available by law to a party ... in litigation with the agency." 5 U.S.C. § 552(b)(5). Exemption 5 therefore incorporates the privileges that protect materials from discovery in litigation, including the deliberative process, attorney work-product, attorney-client, and commercial information privileges. We are withholding the requested record in full under Exemption 5 because it qualifies to be withheld both because it meets the Exemption 5 threshold of being inter-agency or intra-agency and under the following privilege.

*Deliberative Process Privilege*

The deliberative process privilege protects the decision-making process of government agencies and encourages the frank exchange of ideas on legal or policy matters by ensuring agencies are not forced to operate in a fishbowl. A number of policy purposes have been attributed to the

deliberative process privilege, such as: (1) assuring that subordinates will feel free to provide the decisionmaker with their uninhibited opinions and recommendations; (2) protecting against premature disclosure of proposed policies; and (3) protecting against confusing the issues and misleading the public.

The deliberative process privilege protects materials that are both predecisional and deliberative. The privilege covers records that reflect the give-and-take of the consultative process and may include recommendations, draft documents, proposals, suggestions, and other subjective documents which reflect the personal opinions of the writer rather than the policy of the agency.

The materials that have been withheld under the deliberative process privilege of Exemption 5 are both predecisional and deliberative. They do not contain or represent formal or informal agency policies or decisions. They are the result of frank and open discussions among employees of the Department of the Interior. Their contents have been held confidential by all parties and public dissemination of this information would expose the agency's decision-making process in such a way as to discourage candid discussion within the agency and thereby undermine its ability to perform its mandated functions.

The deliberative process privilege does not apply to records created 25 years or more before the date on which the records were requested.

If you have any questions regarding this request, please contact Kenneth Perry, BLM Government Information Specialist, at (720) 281-1649 or via email at BLM_WO_FOIA@blm.gov.

Sincerely,
Ryan Witt
FOIA Officer
Bureau of Land Management

# Exhibit 10

**From:** Neff, Karissa (USANV)
**To:** Jessica Blome
**Cc:** Rae Lovko; Brent Resh; Covarrubias, Maria (USANV)
**Subject:** RE: [EXTERNAL] Supplemental FOIA Production
**Date:** Wednesday, August 13, 2025 9:02:23 AM

---

Hi Jessica,

Are you able to provide us the billing done on this (even if you need to redact certain parts for privilege) so the BLM can review and determine if they want to agree to the fees or make a counter?

Thanks,
Karissa

---

**From:** Jessica Blome <jblome@greenfirelaw.com>
**Sent:** Tuesday, August 12, 2025 5:37 PM
**To:** Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov>
**Cc:** Rae Lovko <rlovko@greenfirelaw.com>; Brent Resh <brent@brentreshlaw.com>; Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>
**Subject:** Re: [EXTERNAL] Supplemental FOIA Production

Hi Karissa,

My client is satisfied that we can conclude this litigation. Because she had to file suit to enforce, FOIA, she is entitled to recover her reasonable attorneys' fees and expenses. Is the DOJ open to negotiating a resolution of her attorneys' fee claim, or should we file a fee motion?

To settle our claim for fees and costs, we'd accept a total payment of $20,000 for our attorney work and expenses. This covers my law firm's fees as well as Mr. Resh's. As you know, if we file a motion for fees and fully brief that motion, we will be able to recover attorneys' fees and expenses related to that work, which would increase our fee demand considerably. Right now, we are able to settle at what I believe is a very reasonable fee award.

Please let me know your response by end of week, as we'd like to file before your answer is due.

Sincerely,

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA 94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney�client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

On Aug 8, 2025, at 12:55 PM, Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov> wrote:

Good afternoon.

I am informed that the response is only complete through the date of the initial request and that if documents are requested outside that period, another FOIA request would need to be submitted.

Thank you,
Karissa

---

**From:** Jessica Blome <jblome@greenfirelaw.com>
**Sent:** Thursday, August 7, 2025 5:31 AM
**To:** Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov>
**Cc:** Rae Lovko <rlovko@greenfirelaw.com>; Brent Resh <brent@brentreshlaw.com>;

Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>; Donna Wallace <dwallace@greenfirelaw.com>
**Subject:** Re: [EXTERNAL] Supplemental FOIA Production

Hi Karissa,

Thank you for this follow up. We have one more follow up question (hopefully). You note below that your response regarding no more responsive documents is limited to the dates of the FOIA request, which was submitted in 2018. But the BLM produced documents up to and including 2024. Is the response complete, then, through the date of production, or do we need other submit another FOIA request and start over to get to the bottom of this?

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA 94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney�client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

On Aug 5, 2025, at 12:12 PM, Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov> wrote:

Good morning,

I am informed that there are no additional public records related to the internal assessment of the CAWP within the date range requested by the plaintiff in the FOIA request. At that time, the BLM did not have the resources to conduct an assessment and am informed that there are likely emails in the records produced referencing this.

Other than documents specifically referenced in BLM's response letter stating they were withheld, I am informed that there are no additional public documents that have not been provided.

Also, documents related to the CAWP can be found at the following link:

https://www.blm.gov/programs/wild-horse-and-burro/comprehensive-animal-welfare-program

Please let me know if you have any questions.

Thanks,

Karissa

<image001.jpg>

**Karissa D. Neff**
**Assistant United States Attorney**
**District of Nevada**
501 Las Vegas Blvd South, Suite 1100
Las Vegas, NV 89101
(702) 388-6271
Karissa.Neff@usdoj.gov

---

**From:** Rae Lovko <rlovko@greenfirelaw.com>
**Sent:** Thursday, July 31, 2025 11:09 AM
**To:** Jessica Blome <jblome@greenfirelaw.com>

**Cc:** Brent Resh <brent@brentreshlaw.com>; Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>; Donna Wallace <dwallace@greenfirelaw.com>; Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov>
**Subject:** [EXTERNAL] Re: Supplemental FOIA Production

Hi Karissa,

I am writing to follow up on Jessica Blome's email. Can BLM confirm that there was no review of the CAWP standards or assessment tool themselves?

Best,

Rae

On Fri, Jul 25, 2025 at 3:34 PM Jessica Blome <jblome@greenfirelaw.com> wrote:

> Hi Karissa,
>
> My client has reviewed the supplemental document production and wants me to confirm with the BLM that this is everything responsive to her request. Still missing is any documents related to a review of the CAWP standards and self-assessment tool. It appears that the BLM undertook an evaluation of the IM, which they made permanent, but nothing evidences a review of the standards or assessment tool themselves. If that is the case, that this is all that exists, we are ready to accept that and may be willing to dismiss settlement of our fee claim to accompany dismissing the litigation.
>
> Please let us know.
>
> Jessica
>
> **Jessica L. Blome**
> **Greenfire Law, PC**
> 2748 Adeline St., Ste. A
> Berkeley, CA 94703
> Office: (510) 900-9502 ext. 703
> Direct: (641) 431-0478

jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney�client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

--

Rae Lovko, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 710
rlovko@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission

and its attachments without reading or saving in any manner.

# Exhibit 11

**From:** Jessica Blome
**To:** Neff, Karissa (USANV)
**Cc:** Rae Lovko; Brent Resh; Covarrubias, Maria (USANV)
**Date:** Monday, August 18, 2025 10:52:19 AM
**Attachments:** 2025-08-18 Fee Sheet for DOJ.pdf

---

Hi Karissa,

I am attaching a summary sheet, which includes the rates and hours for each attorney or staff member, along with their position title and year of graduation. I won't be preparing a detailed fee sheet for such reasonable hours. If the DOJ/BLM wants more information, then I'm going to file a motion for attorneys' fees. I have been in very long, protracted negotiations over the reasonableness of my hours, when we are claiming reasonable time for litigation. Here, we are talking about less than 30 hours. There's no need for me to spend time preparing the exhibits to a fee motion when the amount at issue at this stage is so reasonable.

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA 94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorneyclient privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

> On Aug 13, 2025, at 9:02 AM, Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov> wrote:
>
> Hi Jessica,
>
> Are you able to provide us the billing done on this (even if you need to redact certain parts for privilege) so the BLM can review and determine if they want to agree to the fees or make a counter?

Thanks,
Karissa

---

**From:** Jessica Blome <jblome@greenfirelaw.com>
**Sent:** Tuesday, August 12, 2025 5:37 PM
**To:** Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov>
**Cc:** Rae Lovko <rlovko@greenfirelaw.com>; Brent Resh <brent@brentreshlaw.com>; Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>
**Subject:** Re: [EXTERNAL] Supplemental FOIA Production

Hi Karissa,

My client is satisfied that we can conclude this litigation. Because she had to file suit to enforce, FOIA, she is entitled to recover her reasonable attorneys' fees and expenses. Is the DOJ open to negotiating a resolution of her attorneys' fee claim, or should we file a fee motion?

To settle our claim for fees and costs, we'd accept a total payment of $20,000 for our attorney work and expenses. This covers my law firm's fees as well as Mr. Resh's. As you know, if we file a motion for fees and fully brief that motion, we will be able to recover attorneys' fees and expenses related to that work, which would increase our fee demand considerably. Right now, we are able to settle at what I believe is a very reasonable fee award.

Please let me know your response by end of week, as we'd like to file before your answer is due.

Sincerely,

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA 94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney�client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

On Aug 8, 2025, at 12:55 PM, Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov> wrote:

Good afternoon.

I am informed that the response is only complete through the date of the initial request and that if documents are requested outside that period, another FOIA request would need to be submitted.

Thank you,
Karissa

---

**From:** Jessica Blome <jblome@greenfirelaw.com>
**Sent:** Thursday, August 7, 2025 5:31 AM
**To:** Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov>
**Cc:** Rae Lovko <rlovko@greenfirelaw.com>; Brent Resh <brent@brentreshlaw.com>; Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>; Donna Wallace <dwallace@greenfirelaw.com>
**Subject:** Re: [EXTERNAL] Supplemental FOIA Production

Hi Karissa,

Thank you for this follow up. We have one more follow up question (hopefully). You note below that your response regarding no more responsive documents is limited to the dates of the FOIA request, which was submitted in 2018. But the BLM produced documents up to and including 2024. Is the response complete, then, through the date of production, or do we need other submit another FOIA request and start over to get to the bottom of this?

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA 94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney�client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

| **GFL Staff Lodestar** | **Position** | **Rate** | **Hours** | **Lodestart** | **Total** |
|---|---|---|---|---|---|
| Jessica Blome | Partner | $550 | 6.3 | $3,465.00 | $3,465.00 |
| Rae Lovko | Senior Associate | $550 | 13.6 | $7,480.00 | $7,480.00 |
| Donna Wallace | Senior Paralegal | $200 | 11.5 | $2,300.00 | $2,300.00 |
| Jessica San Luis | Paralegal | $200 | 3.4 | $680.00 | $680.00 |
| Nuria de la Fuente | Secretary | $100 | 3.9 | $390.00 | $390.00 |
| **TOTAL** | | | | | **$14,315.00** |

**GFL Fees & Expenses**

| | |
|---|---|
| Fees | $14,315.00 |
| Expenses | $711.16 |
| **Total** | **$15,026.16** |

**Brent Resh Law Fees & Expenses**

| | |
|---|---|
| Fees | $1,750.00 |
| Expenses | $0 |
| Total | $1,750 |
| **Grand Total** | **$16,776.16** |

# Exhibit 12

**From:** Neff, Karissa (USANV)
**To:** Jessica Blome
**Cc:** Rae Lovko; Brent Resh; Covarrubias, Maria (USANV)
**Subject:** RE: [EXTERNAL] Supplemental FOIA Production
**Date:** Tuesday, October 14, 2025 9:38:23 AM

---

Hi Jessica,

The BLM is counter offering $4,000.00 to settle the last component of this action regarding your client's claimed attorneys' fees. Please let me know if your client is agreeable to this or has a counter-offer. Keep in mind that to go much beyond this settlement amount, that the BLM states it needs an itemized billing of your client's fees.

Thanks.
Karissa

---

**From:** Jessica Blome <jblome@greenfirelaw.com>
**Sent:** Monday, August 18, 2025 10:52 AM
**To:** Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov>
**Cc:** Rae Lovko <rlovko@greenfirelaw.com>; Brent Resh <brent@brentreshlaw.com>; Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>
**Subject:** Re: [EXTERNAL] Supplemental FOIA Production

Hi Karissa,

I am attaching a summary sheet, which includes the rates and hours for each attorney or staff member, along with their position title and year of graduation. I won't be preparing a detailed fee sheet for such reasonable hours. If the DOJ/BLM wants more information, then I'm going to file a motion for attorneys' fees. I have been in very long, protracted negotiations over the reasonableness of my hours, when we are claiming reasonable time for litigation. Here, we are talking about less than 30 hours. There's no need for me to spend time preparing the exhibits to a fee motion when the amount at issue at this stage is so reasonable.

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA 94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478

jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney�client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

On Aug 13, 2025, at 9:02 AM, Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov> wrote:

Hi Jessica,

Are you able to provide us the billing done on this (even if you need to redact certain parts for privilege) so the BLM can review and determine if they want to agree to the fees or make a counter?

Thanks,
Karissa

---

**From:** Jessica Blome <jblome@greenfirelaw.com>
**Sent:** Tuesday, August 12, 2025 5:37 PM
**To:** Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov>
**Cc:** Rae Lovko <rlovko@greenfirelaw.com>; Brent Resh <brent@brentreshlaw.com>; Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>
**Subject:** Re: [EXTERNAL] Supplemental FOIA Production

Hi Karissa,

My client is satisfied that we can conclude this litigation. Because she had to file suit to enforce, FOIA, she is entitled to recover her reasonable attorneys' fees and

expenses. Is the DOJ open to negotiating a resolution of her attorneys' fee claim, or should we file a fee motion?

To settle our claim for fees and costs, we'd accept a total payment of $20,000 for our attorney work and expenses. This covers my law firm's fees as well as Mr. Resh's. As you know, if we file a motion for fees and fully brief that motion, we will be able to recover attorneys' fees and expenses related to that work, which would increase our fee demand considerably. Right now, we are able to settle at what I believe is a very reasonable fee award.

Please let me know your response by end of week, as we'd like to file before your answer is due.

Sincerely,

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA 94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

# Exhibit 13

**From:** Jessica Blome
**To:** Neff, Karissa (USANV)
**Cc:** Rae Lovko; Brent Resh; Covarrubias, Maria (USANV)
**Subject:** Re: [EXTERNAL] Supplemental FOIA Production
**Date:** Thursday, October 23, 2025 11:34:47 AM
**Attachments:** 2025-10-23 Fee Sheet Download for DOJ.xlsx

---

Hi Karissa,

I truly do not believe you are entitled to this work product, but I'd like to move this along. Plaintiff rejects your client's offer to pay $4,000. Plaintiff will reduce its demand for attorneys fees and costs to $18,500.

Please let us know your client's response.

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA 94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorneyclient privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

On Oct 14, 2025, at 9:38 AM, Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov> wrote:

Hi Jessica,

The BLM is counter offering $4,000.00 to settle the last component of this action regarding your client's claimed attorneys' fees. Please let me know if your client is agreeable to this or has a counter-offer. Keep in mind that to go much beyond this settlement amount, that the BLM states it needs an itemized billing of your client's

fees.

Thanks.
Karissa

---

**From:** Jessica Blome <jblome@greenfirelaw.com>
**Sent:** Monday, August 18, 2025 10:52 AM
**To:** Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov>
**Cc:** Rae Lovko <rlovko@greenfirelaw.com>; Brent Resh <brent@brentreshlaw.com>; Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>
**Subject:** Re: [EXTERNAL] Supplemental FOIA Production

Hi Karissa,

I am attaching a summary sheet, which includes the rates and hours for each attorney or staff member, along with their position title and year of graduation. I won't be preparing a detailed fee sheet for such reasonable hours. If the DOJ/BLM wants more information, then I'm going to file a motion for attorneys' fees. I have been in very long, protracted negotiations over the reasonableness of my hours, when we are claiming reasonable time for litigation. Here, we are talking about less than 30 hours. There's no need for me to spend time preparing the exhibits to a fee motion when the amount at issue at this stage is so reasonable.

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA 94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney�client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of

any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

On Aug 13, 2025, at 9:02 AM, Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov> wrote:

Hi Jessica,

Are you able to provide us the billing done on this (even if you need to redact certain parts for privilege) so the BLM can review and determine if they want to agree to the fees or make a counter?

Thanks,
Karissa

---

**From:** Jessica Blome <jblome@greenfirelaw.com>
**Sent:** Tuesday, August 12, 2025 5:37 PM
**To:** Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov>
**Cc:** Rae Lovko <rlovko@greenfirelaw.com>; Brent Resh <brent@brentreshlaw.com>; Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>
**Subject:** Re: [EXTERNAL] Supplemental FOIA Production

Hi Karissa,

My client is satisfied that we can conclude this litigation. Because she had to file suit to enforce, FOIA, she is entitled to recover her reasonable attorneys' fees and expenses. Is the DOJ open to negotiating a resolution of her attorneys' fee claim, or should we file a fee motion?

To settle our claim for fees and costs, we'd accept a total payment of $20,000 for our attorney work and expenses. This covers my law firm's fees as well as Mr. Resh's. As you know, if we file a motion for

fees and fully brief that motion, we will be able to recover attorneys' fees and expenses related to that work, which would increase our fee demand considerably. Right now, we are able to settle at what I believe is a very reasonable fee award.

Please let me know your response by end of week, as we'd like to file before your answer is due.

Sincerely,

Jessica

**Jessica L. Blome**
**Greenfire Law, PC**
2748 Adeline St., Ste. A
Berkeley, CA 94703
Office: (510) 900-9502 ext. 703
Direct: (641) 431-0478
jblome@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney�client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately and destroy the original transmission and its attachments without reading or saving in any manner.

| Date | Hours | Activity category | UTBMS task code | UTBMS expense code | Description | User |
|---|---|---|---|---|---|---|
| 02/15/2025 | 0.1 | A106 Communicate (with client) L120 Analysis/Strategy | L120 Analysis/Strategy | | Exchange emails with L. Leigh re: FOIA matter | Jessica Blome |
| 02/25/2025 | 0.1 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Exchange emails with Laura Leigh to set up call to discuss status of various matters, new matters | Jessica Blome |
| 03/05/2025 | 0.6 | A101 Plan and prepare for L210 Pleadings | L210 Pleadings | | Review emails to compile facts; talk to client about request and response | Rae Lovko |
| 03/06/2025 | 2.5 | A103 Draft/revise L210 Pleadings | L210 Pleadings | | Draft pleading | Rae Lovko |
| 03/06/2025 | 0.6 | A106 Communicate (with client) L210 Pleadings | L210 Pleadings | | Discussion with client regarding FOIA request and response | Rae Lovko |
| 03/07/2025 | 4 | A103 Draft/revise L210 Pleadings | L210 Pleadings | | Draft pleading | Rae Lovko |
| 03/05/2025 | 0.4 | A103 Draft/revise L210 Pleadings | L210 Pleadings | | Draft pleading | Rae Lovko |
| 03/10/2025 | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | | Review/revise draft complaint, send to RL for finalizing and getting client approval | Jessica Blome |
| 03/10/2025 | 0.1 | A107 Communicate (other outside counsel) P280 Other | P280 Other | | Exchange emails with local counsel, paralegal re: PHV applications, plan for preparing filing | Jessica Blome |
| 03/12/2025 | 0.1 | A106 Communicate (with client) L210 Pleadings | L210 Pleadings | | Sent draft complaint to client | Rae Lovko |
| 03/12/2025 | 0.3 | A103 Draft/revise L210 Pleadings | L210 Pleadings | | Draft Civil Case Cover Sheet and Summonses as well as PHV Applications for RL and JB | Donna Wallace |
| 03/13/2025 | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | | Draft Civil Case Cover Sheet and Summonses as well as PHV Applications for RL and JB | Donna Wallace |
| 03/14/2025 | 0.7 | A103 Draft/revise L210 Pleadings | L210 Pleadings | | Draft Civil Case Cover Sheet and Summonses as well as PHV Applications for RL and JB | Donna Wallace |
| 03/14/2025 | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | | Communication with DW re filing of complaint, summons, etc. | Rae Lovko |
| 03/15/2025 | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | | Review, approve, and relay approval to file to staff, associate, and local counsel | Jessica Blome |
| 03/17/2025 | 0.4 | A103 Draft/revise L210 Pleadings | L210 Pleadings | | Finalize and file Complaint, Civil Case Cover Sheet and Summonses | Donna Wallace |
| 03/17/2025 | 0.4 | A102 Research L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Research PHV Application process for RL and JB | Donna Wallace |
| 03/17/2025 | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | | Discussion with DW about pleadings and PHV application | Rae Lovko |
| 03/17/2025 | 0.3 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Revise and finalize RL's PHV Application and find Cert. of Good Standing | Donna Wallace |
| 03/17/2025 | 0.1 | A108 Communicate (other external) C400 Third Party Communication | C400 Third Party Communication | | Exchange emails with local counsel, DW re: filing complaint | Jessica Blome |
| 03/18/2025 | 1.3 | A110 Manage data/files L210 Pleadings | L210 Pleadings | | Finalize Complaint, Civil Cover Sheet and Summonses for filing and file | Donna Wallace |
| 03/18/2025 | 0.2 | A101 Plan and prepare for L210 Pleadings | L210 Pleadings | | Had PHV application notarized | Rae Lovko |
| 03/18/2025 | 1 | | | E123 Other professionals | Notary services for LR | Jessica San Luis |
| 03/19/2025 | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | | Review email re: filing fee; apply to matter and email to accounting with receipt | Jessica San Luis |
| 03/18/2025 | 1 | | | E112 Court fees | NV ECF filing fees for complaint, receipt no. ANVDC-7989329 | Jessica San Luis |
| 03/20/2025 | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | | Download and docket judicial assignment and endorsed summonses and calendar deadline to serve | Donna Wallace |
| 03/20/2025 | 0.1 | A106 Communicate (with client) L210 Pleadings | L210 Pleadings | | Send update to client re: filing of lawsuit | Jessica Blome |
| 03/21/2025 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Update case information in tracking spreadsheet | Jessica San Luis |
| 03/24/2025 | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | | Download and docket Judge's Civil Standing Order | Donna Wallace |
| 03/24/2025 | 0.7 | A101 Plan and prepare for L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | | Notary appointment for pro have vice application | Jessica Blome |

| Date | Hours | Activity category | UTBMS task code | UTBMS expense code | Description | User |
|---|---|---|---|---|---|---|
| 03/25/2025 | 0.7 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Finalize RL PHV Petition and File | Donna Wallace |
| 03/25/2025 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Process invoice and update file; email w/ DW re: PHV filing | Jessica San Luis |
| 03/25/2025 | 1 | | | E112 Court fees | Filing fees for PHV petition RL - invoice ANVDC-7996813 | Jessica San Luis |
| 03/25/2025 | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | | Exchange emails with staff re: processing PHV paperwork | Jessica Blome |
| 03/25/2025 | 0.1 | A101 Plan and prepare for L140 Document/File Management | L140 Document/File Management | | scan PHV and send to JB and DW | Nuria de la Fuente |
| 03/25/2025 | 0.3 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | | Finalize JLB PHV Petition and file | Donna Wallace |
| 03/28/2025 | 0.5 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Re-file JB's PHV Application with wet signature and call with clerk re filing process. Download and docket revised PHV Application | Donna Wallace |
| 03/31/2025 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | | Download and docket ORD approving JB's PHV Petition | Donna Wallace |
| 04/01/2025 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | | Confirm mail received dKT 003, Standing Order has been saved to docket | Nuria de la Fuente |
| 04/01/2025 | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | | Confirm mail received dkt 7, Gavel - Order on Mtn has been saved to dkt. Scan E-filing notices and send to DW | Nuria de la Fuente |
| 04/08/2025 | 0.2 | A104 Review/analyze L390 Other Discovery | L390 Other Discovery | | Review FOIA response and client email | Rae Lovko |
| 04/10/2025 | 0.3 | A106 Communicate (with client) C300 Analysis and Advice. | C300 Analysis and Advice | | Exchange emails with client re: BLM's document production | Jessica Blome |
| 04/16/2025 | 0.7 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Check FRCP rules and create service folders for Nuria | Donna Wallace |
| 04/17/2025 | 0.1 | A105 Communicate (in firm) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Email ND re serving complaint via certified mail | Donna Wallace |
| 04/17/2025 | 0.1 | A101 Plan and prepare for P400 Initial Document Preparation/Filing | P400 Initial Document Preparation/Filing | | Respond to DW assignment to prepare certified mail service and task self to complete on 4/22 | Nuria de la Fuente |
| 04/21/2025 | 0.3 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Draft Rule 7.1 Corp. Disclosure Statement and file | Donna Wallace |
| 04/21/2025 | 0.1 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | | Review/approve certificate of interested parties | Jessica Blome |
| 04/21/2025 | 0.2 | A106 Communicate (with client) L120 Analysis/Strategy | L120 Analysis/Strategy | | Exchange emails with LL re: status of various matter, review email re: FOIA response, set up call to discuss same | Jessica Blome |
| 04/22/2025 | 0.8 | A101 Plan and prepare for L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Print service packets and prepare mailing labels and postage for four defendants and take to post office to send certified and return receipt mail | Nuria de la Fuente |
| 04/24/2025 | 0.3 | A101 Plan and prepare for L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Scan in USPS certified mail receipts, save to service folder and save cost receipt to SP and apply to matter in Clio | Nuria de la Fuente |
| 04/24/2025 | 1 | | | E108 Postage | USPS Cost of Service on four Defendants for sending via USPS Certified Mail with Return Receipt Requested | Nuria de la Fuente |
| 04/24/2025 | 0.1 | A111 Other L210 Pleadings | L210 Pleadings | | Check USPS receipts from ND | Donna Wallace |
| 04/24/2025 | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | | Emails with ND re USPS receipts and costs for service | Donna Wallace |
| 04/28/2025 | 0.3 | A104 Review/analyze L210 Pleadings | L210 Pleadings | | Check USPS to confirm all defendants were served and download the delivery confirmation | Donna Wallace |
| 04/28/2025 | 0.7 | A103 Draft/revise L210 Pleadings | L210 Pleadings | | Prepare Proofs of Service of Complaint for filing | Donna Wallace |
| 04/28/2025 | 0.3 | A101 Plan and prepare for P280 Other | P280 Other | | Review Service Affidavit per DW and email confer re. changes | Nuria de la Fuente |
| 04/29/2025 | 0.4 | A110 Manage data/files L210 Pleadings | L210 Pleadings | | File Affidavits of Service | Donna Wallace |
| 04/29/2025 | 0.1 | A108 Communicate (other external) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Call Clerk re answer deadline for FOIA Cases | Donna Wallace |
| 04/29/2025 | 0.1 | A105 Communicate (in firm) P280 Other | P280 Other | | Exchange emails with DW re: answer deadline | Jessica Blome |
| 04/29/2025 | 0.2 | A101 Plan and prepare for P280 Other | P280 Other | | Scan, file and notify DW of usps return receipt for service on two defendants | Nuria de la Fuente |

| Date | Hours | Activity category | UTBMS task code | UTBMS expense code | Description | User |
|---|---|---|---|---|---|---|
| 05/02/2025 | 0.1 | A106 Communicate (with client) L120 Analysis/Strategy | L120 Analysis/Strategy | | Zoom meeting with JB and client LL | Rae Lovko |
| 05/02/2025 | 0.1 | A106 Communicate (with client) L120 Analysis/Strategy | L120 Analysis/Strategy | | Zoom meeting with RL and client LL | Jessica Blome |
| 05/06/2025 | 0.1 | A101 Plan and prepare for P280 Other | P280 Other | | Scan and save usps domestic return receipt to service folder for USDOI and notify DW | Nuria de la Fuente |
| 05/08/2025 | 0.2 | A101 Plan and prepare for P280 Other | P280 Other | | Scan usps return receipt for service to USAG, save to service folder and notify attys and paralegal | Nuria de la Fuente |
| 05/19/2025 | 0.2 | A108 Communicate (other external) L210 Pleadings | L210 Pleadings | | Exchange emails with DOJ agreeing to requested extension of time to file answer, write to RL re: same | Jessica Blome |
| 05/20/2025 | 0.3 | A104 Review/analyze P280 Other | P280 Other | | Review/approve stipulation to extend time for DOJ to answer complaint | Jessica Blome |
| 05/22/2025 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | | Download and docket stipulation to extend time to answer | Donna Wallace |
| 05/27/2025 | 0.3 | A101 Plan and prepare for P280 Other | P280 Other | | Add contacts to Clio, link to matter per JB email | Nuria de la Fuente |
| 05/27/2025 | 0.1 | A101 Plan and prepare for P280 Other | P280 Other | | Confirm usps mail received copy of DKT 51 has been saved to docket | Nuria de la Fuente |
| 06/09/2025 | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | | Review JB email and direction re amending complaint | Rae Lovko |
| 06/12/2025 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | | Download and docket Def's Motion to Dismiss and Decl. | Donna Wallace |
| 06/13/2025 | 0.5 | A110 Manage data/files L210 Pleadings | L210 Pleadings | | Check FRCP deadlines for response to MTD and FAC and calendar | Donna Wallace |
| 06/13/2025 | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | | Confer with DW, RL re: deadlines for amending complaint in response to MTD | Jessica Blome |
| 06/16/2025 | 0.1 | A105 Communicate (in firm) L240 Dispositive Motions | L240 Dispositive Motions | | Confer with client re: strategy for responding to motion to dismiss complaint | Jessica Blome |
| 06/16/2025 | 0.1 | A105 Communicate (in firm) L240 Dispositive Motions | L240 Dispositive Motions | | Confer with client re: strategy for responding to motion to dismiss complaint | Rae Lovko |
| 06/18/2025 | 0.3 | A108 Communicate (other external) P500 Negotiation/Revision/Responses | P500 Negotiation/Revision/Responses | | Email DOJ attorneys about lack of responsive documents to confirm that no documents exist, with proposal and framework for possible settlement in lieu of fighting MTD, f/u with client re: same | Jessica Blome |
| 06/23/2025 | 0.1 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | | Review of emails from JB and client regarding MTD | Rae Lovko |
| 06/25/2025 | 0.5 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | | Draft stipulation re extension of time to file opposition to def MTD | Rae Lovko |
| 06/25/2025 | 0.4 | A110 Manage data/files L240 Dispositive Motions | L240 Dispositive Motions | | Finalize and file Stip Extending time to Respond to MTD | Donna Wallace |
| 06/25/2025 | 0.5 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Check FRCP and Local rules re motion deadlines. Calendar Response to MTD based on Stip, Reply and separately calendar Motion for Leave to Amend Complaint | Donna Wallace |
| 06/26/2025 | 0.1 | A110 Manage data/files L240 Dispositive Motions | L240 Dispositive Motions | | Download and docket Order granting extension of time to respond to MTD | Donna Wallace |
| 06/30/2025 | 0.2 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Check calendar and confirm MTD and Motion for Leave to Amend deadlines | Donna Wallace |
| 07/01/2025 | 0.2 | A108 Communicate (other external) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | | Email DOJ to ask whether it agrees a response subject to the stipulated extension could be an amended complaint | Jessica Blome |
| 07/01/2025 | 0.1 | A108 Communicate (other external) L210 Pleadings | L210 Pleadings | | Exchange emails with DOJ to clarify that response to MTD is due July 3 | Jessica Blome |
| 07/01/2025 | 1.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | | Review produced documents in preparation of amending complaint | Rae Lovko |
| 07/01/2025 | 2.3 | A103 Draft/revise L210 Pleadings | L210 Pleadings | | Draft FAC | Rae Lovko |
| 07/02/2025 | 0.6 | A103 Draft/revise L210 Pleadings | L210 Pleadings | | Review draft amended complaint, send to client for approval to file | Jessica Blome |
| 07/03/2025 | 0.5 | A103 Draft/revise L210 Pleadings | L210 Pleadings | | Finalize First Amended Complaint and file | Donna Wallace |
| 07/03/2025 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | | Download and docket FAC | Donna Wallace |
| 07/07/2025 | 0.1 | A110 Manage data/files L240 Dispositive Motions | L240 Dispositive Motions | | Download and docket Minute Order re Def's MTD | Donna Wallace |

| Date | Hours | Activity category | UTBMS task code | UTBMS expense code | Description | User |
|---|---|---|---|---|---|---|
| 07/07/2025 | 0.1 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | | Review court order denying motion to dismiss as moot due to filing of amended complaint, exchange emails with DW re: same | Jessica Blome |
| 07/08/2025 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Download and docket Judge Denney's Standing Order | Donna Wallace |
| 07/15/2025 | 0.1 | A108 Communicate (other external) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | | Review draft stipulation to extend time to answer first amended complaint, respond to DOJ with suggested revisions, approval to file | Jessica Blome |
| 07/16/2025 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | | Download, docket and calendar Joint Stip to Extend time to respond to FAC | Donna Wallace |
| 07/17/2025 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | | Download and docket Order granting extension of time to answer FAC | Donna Wallace |
| 07/17/2025 | 0.1 | A111 Other P280 Other | P280 Other | | Verify that mail received Minute order has been saved to the docket for the matter | Nuria de la Fuente |
| 07/23/2025 | 0.1 | A108 Communicate (other external) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | | Exchange emails with OC re: second extension of time to file answer | Jessica Blome |
| 07/25/2025 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Download, docket and calendar second stip extending time to answer FAC | Donna Wallace |
| 07/25/2025 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Download and docket ORDER granting second extension of time to answer FAC | Donna Wallace |
| 07/25/2025 | 0.1 | A108 Communicate (other external) L320 Document Production | L320 Document Production | | Review LL's email re: evaluation of supplemental document production, write to DOJ re: same | Jessica Blome |
| 07/31/2025 | 0.2 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | Email OC to get clarification that no further responsive documents available; communicate with client and JB on status | Rae Lovko |
| 08/05/2025 | 0.2 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | JB, RL, LL discussion regarding BLM email | Rae Lovko |
| 08/05/2025 | 0.2 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | | JB, RL, LL discussion regarding BLM email | Jessica Blome |
| 08/07/2025 | 0.2 | A108 Communicate (other external) L320 Document Production | L320 Document Production | | Exchange further emails with DOJ re: scope of document production | Jessica Blome |
| 08/10/2025 | 0.1 | A108 Communicate (other external) L320 Document Production | L320 Document Production | | Review email from DOJ confirming end point of FOIA production, write to client re: same | Jessica Blome |
| 08/11/2025 | 0.1 | A108 Communicate (other external) L130 Experts/Consultants | L130 Experts/Consultants | | Write to contractor for assistance with preparing fee calculation | Jessica Blome |
| 08/12/2025 | 0.2 | A104 Review/analyze L110 Fact Investigation/Development | L110 Fact Investigation/Development | | Review fee sheet prepared by consultant, write to co-counsel re: his additions | Jessica Blome |
| 08/12/2025 | 0.2 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | | Email DOJ with settlement offer for attorneys' fees and costs | Jessica Blome |
| 08/18/2025 | 0.2 | A108 Communicate (other external) P500 Negotiation/Revision/Responses | P500 Negotiation/Revision/Responses | | Prepare summary of fee sheet, send to DOJ for consideration | Jessica Blome |
| 08/21/2025 | 0.1 | A104 Review/analyze L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | | Review stipulation to extend time to answer to accommodate attorneys' fee negotiation | Jessica Blome |
| 08/22/2025 | 0.1 | A110 Manage data/files L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | | Download, docket and calendar order extending time to answer FAC | Donna Wallace |
| 08/29/2025 | 0.1 | A108 Communicate (other external) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | | Email DOJ re: accidental filing of MSJ in case, motion to withdraw | Jessica Blome |
| 09/02/2025 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | | Download and docket order granting motion to withdraw dkt 26 and 27 | Donna Wallace |
| 09/19/2025 | 0.1 | A108 Communicate (other external) L210 Pleadings | L210 Pleadings | | Exchange emails with DOJ agreeing to extend answer deadline to accommodate fee motion negotiation | Jessica Blome |
| 09/22/2025 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | | Download, docket and calendar joint stip to extend time to answer FAC | Donna Wallace |
| 09/23/2025 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | | Download and docket order granting joint stip to extend time to answer FAC | Donna Wallace |
| 09/25/2025 | 0.1 | A101 Plan and prepare for P280 Other | P280 Other | | Confirm that mail received DKT 31 has been saved to DKT | Nuria de la Fuente |

# Exhibit 14

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 02/15/2025 | 0.1 | A106 Communicate (with client) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange emails with L. Leigh re: FOIA matter | Jessica Lynn Blome | 0.00% | 0.1 |
| 02/24/2025 | 0.2 | A103 Draft/revise P280 Other | P280 Other | Prepare new matter, assign task to draft representation agreement | Jessica Lynn Blome | 0.00% | 0.2 |
| 02/25/2025 | 0.1 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Exchange emails with Laura Leigh to set up call to discuss status of various matters, new matters | Jessica Lynn Blome | 0.00% | 0.1 |
| 02/26/2025 | 0.7 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Confer with Laura Leigh to update her on status of various cases, plan for future and upcoming litigation | Jessica Lynn Blome | 0.00% | 0.7 |
| 02/26/2025 | 0.1 | A104 Review/analyze P280 Other | P280 Other | Finalize and circulate representation agreement to client for signature | Jessica Lynn Blome | 100.00% | 0 |
| 02/26/2025 | 0.1 | A106 Communicate (with client) P280 Other | P280 Other | Sign and return fully executed representation agreement | Jessica Lynn Blome | 100.00% | 0 |
| 03/05/2025 | 0.6 | A101 Plan and prepare for L210 Pleadings | L210 Pleadings | Review emails to compile facts; talk to client about request and response | Rae Lovko | 0.00% | 0.6 |
| 03/06/2025 | 2.5 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft pleading | Rae Lovko | 0.00% | 2.5 |
| 03/06/2025 | 0.6 | A106 Communicate (with client) L210 Pleadings | L210 Pleadings | Discussion with client regarding FOIA request and response | Rae Lovko | 0.00% | 0.6 |
| 03/07/2025 | 4 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft pleading | Rae Lovko | 0.00% | 4 |
| 03/05/2025 | 0.4 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft pleading | Rae Lovko | 0.00% | 0.4 |
| 03/10/2025 | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Review/revise draft complaint, send to RL for finalizing and getting client approval | Jessica Lynn Blome | 0.00% | 0.2 |
| 03/10/2025 | 0.1 | A107 Communicate (other outside counsel) P280 Other | P280 Other | Exchange emails with local counsel, paralegal re: PHV applications, plan for preparing filing | Jessica Lynn Blome | 0.00% | 0.1 |
| 03/12/2025 | 0.1 | A106 Communicate (with client) L210 Pleadings | L210 Pleadings | Sent draft complaint to client | Rae Lovko | 0.00% | 0.1 |
| 03/12/2025 | 0.3 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft Civil Case Cover Sheet and Summonses as well as PHV Applications for RL and JB | Donna Wallace | 100.00% | 0 |
| 03/13/2025 | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft Civil Case Cover Sheet and Summonses as well as PHV Applications for RL and JB | Donna Wallace | 100.00% | 0 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 03/14/2025 | 0.7 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft Civil Case Cover Sheet and Summonses as well as PHV Applications for RL and JB | Donna Wallace | 100.00% | 0 |
| 03/14/2025 | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Communication with DW re filing of complaint, summons, etc. | Rae Lovko | 0.00% | 0.1 |
| 03/15/2025 | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Review, approve, and relay approval to file to staff, associate, and local counsel | Jessica Lynn Blome | 0.00% | 0.1 |
| 03/17/2025 | 0.4 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Finalize and file Complaint, Civil Case Cover Sheet and Summonses | Donna Wallace | 0.00% | 0.4 |
| 03/17/2025 | 0.4 | A102 Research L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Research PHV Application process for RL and JB | Donna Wallace | 100.00% | 0 |
| 03/17/2025 | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Discussion with DW about pleadings and PHV application | Rae Lovko | 100.00% | 0 |
| 03/17/2025 | 0.3 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Revise and finalize RL's PHV Application and find Cert. of Good Standing | Donna Wallace | 100.00% | 0 |
| 03/17/2025 | 0.1 | A108 Communicate (other external) C400 Third Party Communication | C400 Third Party Communication | Exchange emails with local counsel, DW re: filing complaint | Jessica Lynn Blome | 0.00% | 0.1 |
| 03/18/2025 | 1.3 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Finalize Complaint, Civil Cover Sheet and Summonses for filing and file | Donna Wallace | 0.00% | 1.3 |
| 03/18/2025 | 0.2 | A101 Plan and prepare for L210 Pleadings | L210 Pleadings | Had PHV application notarized | Rae Lovko | 100.00% | 0 |
| 03/18/2025 | 1 | | | Notary services for LR | Jessica San Luis | 100.00% | 0 |
| 03/19/2025 | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Review email re: filing fee; apply to matter and email to accounting with receipt | Jessica San Luis | 100.00% | 0 |
| 03/18/2025 | 1 | | | NV ECF filing fees for complaint, receipt no. ANVDC-7989329 | Jessica San Luis | 0.00% | 1 |
| 03/20/2025 | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket judicial assignment and endorsed summonses and calendar deadline to serve | Donna Wallace | 0.00% | 0.2 |
| 03/20/2025 | 0.1 | A106 Communicate (with client) L210 Pleadings | L210 Pleadings | Send update to client re: filing of lawsuit | Jessica Lynn Blome | 0.00% | 0.1 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 03/21/2025 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Update case information in tracking spreadsheet | Jessica San Luis | 0.00% | 0.1 |
| 03/24/2025 | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket Judge's Civil Standing Order | Donna Wallace | 0.00% | 0.2 |
| 03/24/2025 | 0.7 | A101 Plan and prepare for L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Notary appointment for pro have vice application | Jessica Lynn Blome | 100.00% | 0 |
| 03/25/2025 | 0.7 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Finalize RL PHV Petition and File | Donna Wallace | 100.00% | 0 |
| 03/25/2025 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Process invoice and update file; email w/ DW re: PHV filing | Jessica San Luis | 100.00% | 0 |
| 03/25/2025 | 1 | | | Filing fees for PHV petition RL - invoice ANVDC-7996813 | Jessica San Luis | 100.00% | 0 |
| 03/25/2025 | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange emails with staff re: processing PHV paperwork | Jessica Lynn Blome | 100.00% | 0 |
| 03/25/2025 | 0.1 | A101 Plan and prepare for L140 Document/File Management | L140 Document/File Management | scan PHV and send to JB and DW | Nuria de la Fuente | 100.00% | 0 |
| 03/25/2025 | 0.3 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Finalize JLB PHV Petition and file | Donna Wallace | 100.00% | 0 |
| 03/28/2025 | 0.5 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Re-file JB's PHV Application with wet signature and call with clerk re filing process. Download and docket revised PHV Application | Donna Wallace | 100.00% | 0 |
| 03/31/2025 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket ORD approving JB's PHV Petition | Donna Wallace | 100.00% | 0 |
| 04/01/2025 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Confirm mail received dKT 003, Standing Order has been saved to docket | Nuria de la Fuente | 0.00% | 0.1 |
| 04/01/2025 | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Confirm mail received dkt 7, Gavel - Order on Mtn has been saved to dkt. Scan E-filing notices and send to DW | Nuria de la Fuente | 0.00% | 0.2 |
| 04/08/2025 | 0.2 | A104 Review/analyze L390 Other Discovery | L390 Other Discovery | Review FOIA response and client email | Rae Lovko | 0.00% | 0.2 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 04/10/2025 | 0.3 | A106 Communicate (with client) C300 Analysis and Advice. | C300 Analysis and Advice | Exchange emails with client re: BLM's document production | Jessica Lynn Blome | 0.00% | 0.3 |
| 04/16/2025 | 0.7 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Check FRCP rules and create service folders for Nuria | Donna Wallace | 0.00% | 0.7 |
| 04/17/2025 | 0.1 | A105 Communicate (in firm) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Email ND re serving complaint via certified mail | Donna Wallace | 0.00% | 0.1 |
| 04/17/2025 | 0.1 | A101 Plan and prepare for P400 Initial Document Preparation/Filing | P400 Initial Document Preparation/Filing | Respond to DW assignment to prepare certified mail service and task self to complete on 4/22 | Nuria de la Fuente | 0.00% | 0.1 |
| 04/21/2025 | 0.3 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Draft Rule 7.1 Corp. Disclosure Statement and file | Donna Wallace | 0.00% | 0.3 |
| 04/21/2025 | 0.1 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review/approve certificate of interested parties | Jessica Lynn Blome | 0.00% | 0.1 |
| 04/21/2025 | 0.2 | A106 Communicate (with client) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange emails with LL re: status of various matter, review email re: FOIA response, set up call to discuss same | Jessica Lynn Blome | 0.00% | 0.2 |
| 04/22/2025 | 0.8 | A101 Plan and prepare for L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Print service packets and prepare mailing labels and postage for four defendants and take to post office to send certified and return receipt mail | Nuria de la Fuente | 0.00% | 0.8 |
| 04/24/2025 | 0.3 | A101 Plan and prepare for L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Scan in USPS certified mail receipts, save to service folder and save cost receipt to SP and apply to matter in Clio | Nuria de la Fuente | 0.00% | 0.3 |
| 04/24/2025 | 1 | | | USPS Cost of Service on four Defendants for sending via USPS Certified Mail with Return Receipt Requested | Nuria de la Fuente | 0.00% | 1 |
| 04/24/2025 | 0.1 | A111 Other L210 Pleadings | L210 Pleadings | Check USPS receipts from ND | Donna Wallace | 0.00% | 0.1 |
| 04/24/2025 | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Emails with ND re USPS receipts and costs for service | Donna Wallace | 0.00% | 0.1 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 04/28/2025 | 0.3 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Check USPS to confirm all defendants were served and download the delivery confirmation | Donna Wallace | 0.00% | 0.3 |
| 04/28/2025 | 0.7 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Prepare Proofs of Service of Complaint for filing | Donna Wallace | 0.00% | 0.7 |
| 04/28/2025 | 0.3 | A101 Plan and prepare for P280 Other | P280 Other | Review Service Affidavit per DW and email confer re. changes | Nuria de la Fuente | 0.00% | 0.3 |
| 04/29/2025 | 0.4 | A110 Manage data/files L210 Pleadings | L210 Pleadings | File Affidavits of Service | Donna Wallace | 0.00% | 0.4 |
| 04/29/2025 | 0.1 | A108 Communicate (other external) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Call Clerk re answer deadline for FOIA Cases | Donna Wallace | 0.00% | 0.1 |
| 04/29/2025 | 0.1 | A105 Communicate (in firm) P280 Other | P280 Other | Exchange emails with DW re: answer deadline | Jessica Lynn Blome | 0.00% | 0.1 |
| 04/29/2025 | 0.2 | A101 Plan and prepare for P280 Other | P280 Other | Scan, file and notify DW of usps return receipt for service on two defendants | Nuria de la Fuente | 0.00% | 0.2 |
| 05/02/2025 | 0.1 | A106 Communicate (with client) L120 Analysis/Strategy | L120 Analysis/Strategy | Zoom meeting with JB and client LL | Rae Lovko | 0.00% | 0.1 |
| 05/02/2025 | 0.1 | A106 Communicate (with client) L120 Analysis/Strategy | L120 Analysis/Strategy | Zoom meeting with JB and client LL | Rae Lovko | 0.00% | 0.1 |
| 05/02/2025 | 0.1 | A106 Communicate (with client) L120 Analysis/Strategy | L120 Analysis/Strategy | Zoom meeting with RL and client LL | Jessica Lynn Blome | 0.00% | 0.1 |
| 05/06/2025 | 0.1 | A101 Plan and prepare for P280 Other | P280 Other | Scan and save usps domestic return receipt to service folder for USDOI and notify DW | Nuria de la Fuente | 0.00% | 0.1 |
| 05/08/2025 | 0.2 | A101 Plan and prepare for P280 Other | P280 Other | Scan usps return receipt for service to USAG, save to service folder and notify attys and paralegal | Nuria de la Fuente | 0.00% | 0.2 |
| 05/19/2025 | 0.2 | A108 Communicate (other external) L210 Pleadings | L210 Pleadings | Exchange emails with DOJ agreeing to requested extension of time to file answer, write to RL re: same | Jessica Lynn Blome | 0.00% | 0.2 |
| 05/20/2025 | 0.3 | A104 Review/analyze P280 Other | P280 Other | Review/approve stipulation to extend time for DOJ to answer complaint | Jessica Lynn Blome | 0.00% | 0.3 |
| 05/22/2025 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Download and docket stipulation to extend time to answer | Donna Wallace | 0.00% | 0.1 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 05/27/2025 | 0.3 | A101 Plan and prepare for P280 Other | P280 Other | Add contacts to Clio, link to matter per JB email | Nuria de la Fuente | 100.00% | 0 |
| 05/27/2025 | 0.1 | A101 Plan and prepare for P280 Other | P280 Other | Confirm usps mail received copy of DKT 51 has been saved to docket | Nuria de la Fuente | 0.00% | 0.1 |
| 06/09/2025 | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Review JB email and direction re amending complaint | Rae Lovko | 0.00% | 0.1 |
| 06/12/2025 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket Def's Motion to Dismiss and Decl. | Donna Wallace | 0.00% | 0.1 |
| 06/13/2025 | 0.5 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Check FRCP deadlines for response to MTD and FAC and calendar | Donna Wallace | 0.00% | 0.5 |
| 06/13/2025 | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with DW, RL re: deadlines for amending complaint in response to MTD | Jessica Lynn Blome | 0.00% | 0.1 |
| 06/16/2025 | 0.1 | A105 Communicate (in firm) L240 Dispositive Motions | L240 Dispositive Motions | Confer with client re: strategy for responding to motion to dismiss complaint | Jessica Lynn Blome | 0.00% | 0.1 |
| 06/16/2025 | 0.1 | A105 Communicate (in firm) L240 Dispositive Motions | L240 Dispositive Motions | Confer with client re: strategy for responding to motion to dismiss complaint | Rae Lovko | 0.00% | 0.1 |
| 06/18/2025 | 0.3 | A108 Communicate (other external) P500 Negotiation/Revision/Responses | P500 Negotiation/Revision/Responses | Email DOJ attorneys about lack of responsive documents to confirm that no documents exist, with proposal and framework for possible settlement in lieu of fighting MTD, f/u with client re: same | Jessica Lynn Blome | 0.00% | 0.3 |
| 06/23/2025 | 0.1 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review of emails from JB and client regarding MTD | Rae Lovko | 0.00% | 0.1 |
| 06/25/2025 | 0.5 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft stipulation re extension of time to file opposition to def MTD | Rae Lovko | 0.00% | 0.5 |
| 06/25/2025 | 0.4 | A110 Manage data/files L240 Dispositive Motions | L240 Dispositive Motions | Finalize and file Stip Extending time to Respond to MTD | Donna Wallace | 0.00% | 0.4 |
| 06/25/2025 | 0.5 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Check FRCP and Local rules re motion deadlines. Calendar Response to MTD based on Stip, Reply and separately calendar Motion for Leave to Amend Complaint | Donna Wallace | 0.00% | 0.5 |
| 06/26/2025 | 0.1 | A110 Manage data/files L240 Dispositive Motions | L240 Dispositive Motions | Download and docket Order granting extension of time to respond to MTD | Donna Wallace | 0.00% | 0.1 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 06/30/2025 | 0.2 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Check calendar and confirm MTD and Motion for Leave to Amend deadlines | Donna Wallace | 0.00% | 0.2 |
| 07/01/2025 | 0.2 | A108 Communicate (other external) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Email DOJ to ask whether it agrees a response subject to the stipulated extension could be an amended complaint | Jessica Lynn Blome | 0.00% | 0.2 |
| 07/01/2025 | 0.1 | A108 Communicate (other external) L210 Pleadings | L210 Pleadings | Exchange emails with DOJ to clarify that response to MTD is due July 3 | Jessica Lynn Blome | 0.00% | 0.1 |
| 07/01/2025 | 1.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review produced documents in preparation of amending complaint | Rae Lovko | 0.00% | 1.1 |
| 07/01/2025 | 2.3 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft FAC | Rae Lovko | 0.00% | 2.3 |
| 07/02/2025 | 0.6 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Review draft amended complaint, send to client for approval to file | Jessica Lynn Blome | 0.00% | 0.6 |
| 07/03/2025 | 0.5 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Finalize First Amended Complaint and file | Donna Wallace | 0.00% | 0.5 |
| 07/03/2025 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Download and docket FAC | Donna Wallace | 0.00% | 0.1 |
| 07/07/2025 | 0.1 | A110 Manage data/files L240 Dispositive Motions | L240 Dispositive Motions | Download and docket Minute Order re Def's MTD | Donna Wallace | 0.00% | 0.1 |
| 07/07/2025 | 0.1 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review court order denying motion to dismiss as moot due to filing of amended complaint, exchange emails with DW re: same | Jessica Lynn Blome | 0.00% | 0.1 |
| 07/08/2025 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Download and docket Judge Denney's Standing Order | Donna Wallace | 0.00% | 0.1 |
| 07/15/2025 | 0.1 | A108 Communicate (other external) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review draft stipulation to extend time to answer first amended complaint, respond to DOJ with suggested revisions, approval to file | Jessica Lynn Blome | 0.00% | 0.1 |
| 07/16/2025 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Download, docket and calendar Joint Stip to Extend time to respond to FAC | Donna Wallace | 0.00% | 0.1 |
| 07/17/2025 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Download and docket Order granting extension of time to answer FAC | Donna Wallace | 0.00% | 0.1 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 07/17/2025 | 0.1 | A111 Other P280 Other | P280 Other | Verify that mail received Minute order has been saved to the docket for the matter | Nuria de la Fuente | 0.00% | 0.1 |
| 07/23/2025 | 0.1 | A108 Communicate (other external) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Exchange emails with OC re: second extension of time to file answer | Jessica Lynn Blome | 0.00% | 0.1 |
| 07/25/2025 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Download, docket and calendar second stip extending time to answer FAC | Donna Wallace | 0.00% | 0.1 |
| 07/25/2025 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Download and docket ORDER granting second extension of time to answer FAC | Donna Wallace | 0.00% | 0.1 |
| 07/25/2025 | 0.1 | A108 Communicate (other external) L320 Document Production | L320 Document Production | Review LL's email re: evaluation of supplemental document production, write to DOJ re: same | Jessica Lynn Blome | 0.00% | 0.1 |
| 07/31/2025 | 0.2 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Email OC to get clarification that no further responsive documents available; communicate with client and JB on status | Rae Lovko | 0.00% | 0.2 |
| 08/05/2025 | 0.2 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | JB, RL, LL discussion regarding BLM email | Rae Lovko | 0.00% | 0.2 |
| 08/05/2025 | 0.2 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | JB, RL, LL discussion regarding BLM email | Jessica Lynn Blome | 0.00% | 0.2 |
| 08/07/2025 | 0.2 | A108 Communicate (other external) L320 Document Production | L320 Document Production | Exchange further emails with DOJ re: scope of document production | Jessica Lynn Blome | 0.00% | 0.2 |
| 08/10/2025 | 0.1 | A108 Communicate (other external) L320 Document Production | L320 Document Production | Review email from DOJ confirming end point of FOIA production, write to client re: same | Jessica Lynn Blome | 0.00% | 0.1 |
| 08/11/2025 | 0.1 | A108 Communicate (other external) L130 Experts/Consultants | L130 Experts/Consultants | Write to contractor for assistance with preparing fee calculation | Jessica Lynn Blome | 0.00% | 0.1 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 08/12/2025 | 0.2 | A104 Review/analyze L110 Fact Investigation/Development | L110 Fact Investigation/Development | Review fee sheet prepared by consultant, write to co-counsel re: his additions | Jessica Lynn Blome | 0.00% | 0.2 |
| 08/12/2025 | 0.2 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Email DOJ with settlement offer for attorneys' fees and costs | Jessica Lynn Blome | 0.00% | 0.2 |
| 08/18/2025 | 0.2 | A108 Communicate (other external) P500 Negotiation/Revision/Responses | P500 Negotiation/Revision/Responses | Prepare summary of fee sheet, send to DOJ for consideration | Jessica Lynn Blome | 0.00% | 0.2 |
| 08/21/2025 | 0.1 | A104 Review/analyze L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Review stipulation to extend time to answer to accommodate attorneys' fee negotiation | Jessica Lynn Blome | 0.00% | 0.1 |
| 08/22/2025 | 0.1 | A110 Manage data/files L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Download, docket and calendar order extending time to answer FAC | Donna Wallace | 0.00% | 0.1 |
| 08/29/2025 | 0.1 | A108 Communicate (other external) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Email DOJ re: accidental filing of MSJ in case, motion to withdraw | Jessica Lynn Blome | 0.00% | 0.1 |
| 09/02/2025 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket order granting motion to withdraw dkt 26 and 27 | Donna Wallace | 0.00% | 0.1 |
| 09/19/2025 | 0.1 | A108 Communicate (other external) L210 Pleadings | L210 Pleadings | Exchange emails with DOJ agreeing to extend answer deadline to accommodate fee motion negotiation | Jessica Lynn Blome | 0.00% | 0.1 |
| 09/22/2025 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Download, docket and calendar joint stip to extend time to answer FAC | Donna Wallace | 0.00% | 0.1 |
| 09/23/2025 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Download and docket order granting joint stip to extend time to answer FAC | Donna Wallace | 0.00% | 0.1 |
| 09/25/2025 | 0.1 | A101 Plan and prepare for P280 Other | P280 Other | Confirm that mail received DKT 31 has been saved to DKT | Nuria de la Fuente | 0.00% | 0.1 |
| 10/23/2025 | 0.9 | A101 Plan and prepare for P280 Other | P280 Other | Prepare fee sheet for transmittal to DOJ, send counter offer | Jessica Lynn Blome | 0.00% | 0.9 |
| 11/24/2025 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Revise deadline for answer to FAC per Nevada GO | Donna Wallace | 0.00% | 0.1 |
| 12/10/2025 | 0.1 | A106 Communicate (with client) P500 Negotiation/Revision/Responses | P500 Negotiation/Revision/Responses | Exchange emails with LL re: fee negotiation, status of records request | Jessica Lynn Blome | 0.00% | 0.1 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 12/10/2025 | 0.1 | A108 Communicate (other external) P500 Negotiation/Revision/Responses | P500 Negotiation/Revision/Responses | Exchange emails with DOJ re: answer deadline, fee negotiations | Jessica Lynn Blome | 0.00% | 0.1 |
| 12/10/2025 | 0.1 | A105 Communicate (in firm) P280 Other | P280 Other | Email RL about DOJ attorney departure | Jessica Lynn Blome | 0.00% | 0.1 |
| 12/11/2025 | 0.2 | A108 Communicate (other external) P500 Negotiation/Revision/Responses | P500 Negotiation/Revision/Responses | Call with new DOJ counsel to discuss fee negotiation, need for additional extension given Karissa Neff's departure | Jessica Lynn Blome | 0.00% | 0.2 |
| 12/12/2025 | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange emails with OC to approve draft stipulation to extend answer deadline | Jessica Lynn Blome | 0.00% | 0.1 |
| 12/12/2025 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket Stip to extend deadline to answer FAC and calendar | Donna Wallace | 0.00% | 0.1 |
| 12/12/2025 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket order granting extension to answer | Donna Wallace | 0.00% | 0.1 |
| 12/19/2025 | 0.1 | A101 Plan and prepare for P280 Other | P280 Other | Verify mail received Order, dkt 33, hasb been saved to docket | Nuria de la Fuente | 0.00% | 0.1 |
| 01/09/2026 | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Discussion with colleague regarding OC voice message and next steps | Rae Lovko | 0.00% | 0.1 |
| 01/09/2026 | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Discussion with colleague regarding OC voice message and next steps | Jessica Lynn Blome | 0.00% | 0.1 |
| 01/12/2026 | 0.5 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket MTD and check Local rules and calendar Opp. to MTD and Mot for Cross MSJ | Donna Wallace | 0.00% | 0.5 |
| 01/12/2026 | 0.2 | A104 Review/analyze L240 Dispositive Motions | L240 Dispositive Motions | Initial review of def MTD | Rae Lovko | 0.00% | 0.2 |
| 01/12/2026 | 0.1 | A106 Communicate (with client) L240 Dispositive Motions | L240 Dispositive Motions | Email LL to update her on filing of MTD, plan to respond with MSJ | Jessica Lynn Blome | 0.00% | 0.1 |
| 01/12/2026 | 0.1 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Discussion with OC | Rae Lovko | 0.00% | 0.1 |
| 01/14/2026 | 4.2 | A103 Draft/revise L240 Dispositive Motions | L240 Dispositive Motions | Research on mootness and attorneys' fees; initial drafting of opp to MTD | Rae Lovko | 0.00% | 4.2 |
| 01/14/2026 | 1.1 | A104 Review/analyze L240 Dispositive Motions | L240 Dispositive Motions | Review of def MTD and cited cases | Rae Lovko | 0.00% | 1.1 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 01/15/2026 | 0.3 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Discussion with OC regarding settlement offer; relay information to JB for consideration | Rae Lovko | 0.00% | 0.3 |
| 01/20/2026 | 0.1 | A108 Communicate (other external) C400 Third Party Communication | C400 Third Party Communication | Exchange emails with court clerk re: CMC dates | Jessica Lynn Blome | 0.00% | 0.1 |
| 01/20/2026 | 0.1 | A108 Communicate (other external) C400 Third Party Communication | C400 Third Party Communication | Review email from clerk confirming 2/26 for CMC date, advise staff, client re: same | Jessica Lynn Blome | 0.00% | 0.1 |
| 01/20/2026 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Calendar CMC per JLB's email from the Court | Donna Wallace | 0.00% | 0.1 |
| 01/20/2026 | 0.2 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Download and docket order setting CMC and calendar several deadlines | Donna Wallace | 0.00% | 0.2 |
| 01/20/2026 | 0.1 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | LM with OC regarding attorneys fees | Rae Lovko | 0.00% | 0.1 |
| 01/22/2026 | 1.2 | A103 Draft/revise L240 Dispositive Motions | L240 Dispositive Motions | Draft declarations for opp to MTD | Rae Lovko | 0.00% | 1.2 |
| 01/22/2026 | 1.7 | A102 Research L240 Dispositive Motions | L240 Dispositive Motions | Research for opp to MTD | Rae Lovko | 0.00% | 1.7 |
| 01/22/2026 | 3.4 | A103 Draft/revise L240 Dispositive Motions | L240 Dispositive Motions | Draft opposition to MTD | Rae Lovko | 0.00% | 3.4 |
| 01/23/2026 | 0.1 | A106 Communicate (with client) L240 Dispositive Motions | L240 Dispositive Motions | Sent draft opposition to MTD to client for review | Rae Lovko | 0.00% | 0.1 |
| 01/23/2026 | 0.1 | A105 Communicate (in firm) L240 Dispositive Motions | L240 Dispositive Motions | Discussion with colleague regarding cross motion for summary judgment | Rae Lovko | 0.00% | 0.1 |
| 01/23/2026 | 0.1 | A105 Communicate (in firm) L240 Dispositive Motions | L240 Dispositive Motions | Discussion with colleague regarding cross motion for summary judgment | Jessica Lynn Blome | 0.00% | 0.1 |
| 01/23/2026 | 0.2 | A103 Draft/revise L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Draft communication to OC with counter on fees/costs | Rae Lovko | 0.00% | 0.2 |
| 01/23/2026 | 0.5 | A103 Draft/revise L240 Dispositive Motions | L240 Dispositive Motions | Draft JLB declaration and edit opposition with citation | Rae Lovko | 0.00% | 0.5 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 01/23/2026 | 4.9 | A103 Draft/revise L240 Dispositive Motions | L240 Dispositive Motions | Draft cross motion and edit opposition to MTD | Rae Lovko | 0.00% | 4.9 |
| 01/26/2026 | 1.1 | A103 Draft/revise L240 Dispositive Motions | L240 Dispositive Motions | Review opposition to motion to dismiss and cross motion for summary judgment | Jessica Lynn Blome | 0.00% | 1.1 |
| 01/26/2026 | 0.2 | A105 Communicate (in firm) L410 Fact Witnesses | L410 Fact Witnesses | Review declarations and exhibits, write to paralegal with next steps | Jessica Lynn Blome | 0.00% | 0.2 |
| 01/26/2026 | 0.1 | A105 Communicate (in firm) P500 Negotiation/Revision/Responses | P500 Negotiation/Revision/Responses | Exchange emails with RL re: fee negotiation strategy | Jessica Lynn Blome | 0.00% | 0.1 |
| 01/26/2026 | 0.4 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Finalize declaration and exhibits for filing Motion to Dismiss and Cross MSJ | Donna Wallace | 0.00% | 0.4 |
| 01/26/2026 | 0.5 | A103 Draft/revise L240 Dispositive Motions | L240 Dispositive Motions | Edit draft opp and cross-MSJ from client and JLB comments | Rae Lovko | 0.00% | 0.5 |
| 01/26/2026 | 1.8 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft TOC/TOA and finalize OPP to MTD and Cross MSJ for filing | Donna Wallace | 0.00% | 1.8 |
| 01/26/2026 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket our OPP to MTD and Cross-MSJ and declarations | Donna Wallace | 0.00% | 0.1 |
| 01/27/2026 | 0.1 | A106 Communicate (with client) L240 Dispositive Motions | L240 Dispositive Motions | Email client with update re: filing to opposition to motion to dismiss and cross motion for summary judgment | Jessica Lynn Blome | 0.00% | 0.1 |
| 01/30/2026 | 0.1 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Discussion with colleague on settlement and updating demand to reflect new fees incurred | Rae Lovko | 0.00% | 0.1 |
| 01/30/2026 | 0.1 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Discussion with colleague on settlement and updating demand to reflect new fees incurred | Jessica Lynn Blome | 0.00% | 0.1 |
| 02/02/2026 | 0.1 | A107 Communicate (other outside counsel) L240 Dispositive Motions | L240 Dispositive Motions | Discussion with OC for def extension of time | Rae Lovko | 0.00% | 0.1 |
| 02/02/2026 | 0.1 | A105 Communicate (in firm) L240 Dispositive Motions | L240 Dispositive Motions | Discussion with JLB regarding extension and next steps | Rae Lovko | 0.00% | 0.1 |
| 02/04/2026 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket Order granting extension of time for MTD and Cross-MSJ | Donna Wallace | 0.00% | 0.1 |
| 02/05/2026 | 0.2 | A110 Manage data/files P500 Negotiation/Revision/Responses | P500 Negotiation/Revision/Responses | Update CAWP FOIA fee calculation, send to RL | Jessica Lynn Blome | 0.00% | 0.2 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 02/05/2026 | 0.2 | A110 Manage data/files L240 Dispositive Motions | L240 Dispositive Motions | Calendar response deadline to MSJ and MTD per court order and check local rules for motion deadline for reply to XMSJ | Donna Wallace | 0.00% | 0.2 |
| 02/06/2026 | 0.1 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Discussion regarding updated fee chart | Rae Lovko | 0.00% | 0.1 |
| 02/06/2026 | 0.1 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Discussion regarding updated fee chart | Jessica Lynn Blome | 0.00% | 0.1 |
| 02/11/2026 | 0.5 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Update settlement chart for OC; communicate updated demand | Rae Lovko | 0.00% | 0.5 |
| 02/12/2026 | 0.1 | A110 Manage data/files L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Update Clio with new DOJ attorney | Donna Wallace | 0.00% | 0.1 |
| 02/19/2026 | 0.2 | A107 Communicate (other outside counsel) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Email OC to m&c on CMC statement | Rae Lovko | 0.00% | 0.2 |
| 02/19/2026 | 0.1 | A105 Communicate (in firm) C300 Analysis and Advice | C300 Analysis and Advice | Exchange emails with client | Jessica Lynn Blome | 0.00% | 0.1 |
| 02/20/2026 | 0.3 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review DOJ's proposed stipulation to continue case management deadlines | Jessica Lynn Blome | 0.00% | 0.3 |
| 02/23/2026 | 0.4 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Downloaded and saved DKT 40 | Patrick Johnson | 0.00% | 0.4 |
| 02/24/2026 | 1.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Downloaded DKT 041 and DKT 042. Updated calendar and tasks to reflect new briefing schedule. | Patrick Johnson | 0.00% | 1.2 |
| 02/24/2026 | 0.3 | A106 Communicate (with client) P280 Other | P280 Other | Review court order adopting DOJ's requested briefing extension, confer with client re: same | Jessica Lynn Blome | 0.00% | 0.3 |
| 04/10/2026 | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download DKT 043, and DKT 044 and placed on docket. Emailed Litigation Team with update. | Patrick Johnson | 0.00% | 0.2 |
| 04/20/2026 | 3.4 | A103 Draft/revise L240 Dispositive Motions | L240 Dispositive Motions | Draft reply to MTD/X-MSJ | Rae Lovko | 0.00% | 3.4 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 04/21/2026 | 1 | A103 Draft/revise L240 Dispositive Motions | L240 Dispositive Motions | Researched Federal and local rules and standing orders regarding Tables of Authorities and Table of Contents. Drafted Tables for Reply in support of motion to dismiss and cross motion for summary judgment. | Patrick Johnson | 0.00% | 1 |
| 04/22/2026 | 0.2 | A105 Communicate (in firm) L240 Dispositive Motions | L240 Dispositive Motions | Confer with RL re: arguments on exhaustion for reply brief | Jessica Lynn Blome | 0.00% | 0.2 |
| 04/22/2026 | 0.9 | A104 Review/analyze L240 Dispositive Motions | L240 Dispositive Motions | Review draft reply, add comments, return to RL | Jessica Lynn Blome | 0.00% | 0.9 |
| 04/22/2026 | 0.2 | A105 Communicate (in firm) L240 Dispositive Motions | L240 Dispositive Motions | Discussions with JB and LR regarding reply brief | Rae Lovko | 0.00% | 0.2 |
| 04/23/2026 | 0.1 | A105 Communicate (in firm) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Email to Rae/Jessica re Reply brief ready for review. | Patrick Johnson | 0.00% | 0.1 |
| 04/23/2026 | 1.1 | A103 Draft/revise L240 Dispositive Motions | L240 Dispositive Motions | Revise/finalize draft reply in support of cross motion for summary judgment | Jessica Lynn Blome | 0.00% | 1.1 |
| 04/23/2026 | 0.7 | A103 Draft/revise L240 Dispositive Motions | L240 Dispositive Motions | Revised Table of Authorities and filed Reply ISO of cross Motion for Summary Judgement. Downloaded DKT 045 and placed on docket. | Patrick Johnson | 0.00% | 0.7 |
| 04/29/2026 | 0.1 | A108 Communicate (other external) P280 Other | P280 Other | Email court clerk to advise that briefing has concluded per DKT 41 | Jessica Lynn Blome | 0.00% | 0.1 |
| 04/30/2026 | 0.1 | A105 Communicate (in firm) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Exchange emails with clerk | Jessica Lynn Blome | 0.00% | 0.1 |
| 06/18/2026 | 0.5 | A104 Review/analyze P280 Other | P280 Other | Review court order dismissing FOIA case, confer with client re: fee recovery for same | Jessica Lynn Blome | 0.00% | 0.5 |
| 06/18/2026 | 0.2 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Email LR re: preparation of meet and confer letter over attorneys' fee recovery | Jessica Lynn Blome | 0.00% | 0.2 |
| 06/18/2026 | 0.3 | A102 Research C200 Researching Law | C200 Researching Law | Researched Federal Rules of Appellate Procedure. | Patrick Johnson | 0.00% | 0.3 |
| 06/18/2026 | 0.2 | A101 Plan and prepare for L520 Appellate Briefs | L520 Appellate Briefs | Updated calendar and tasks with last day to file notice of appeal in the 9th circuit. | Patrick Johnson | 0.00% | 0.2 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 06/19/2026 | 1.9 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft meet and confer letter to counsel following Order and incorporate caselaw and proceedings | Lily Rivo | 0.00% | 1.9 |
| 06/19/2026 | 0.8 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review proceedings, docket and production ISO meet and confer on fees | Lily Rivo | 0.00% | 0.8 |
| 06/19/2026 | 1.2 | A102 Research C200 Researching Law | C200 Researching Law | Researching catalyst theory of law under FOIA, 9th Circuit and D.C. Circuit, ISO fees | Lily Rivo | 0.00% | 1.2 |
| 06/21/2026 | 0.5 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Update motion to confer with catalyst theory of law | Lily Rivo | 0.00% | 0.5 |
| 06/21/2026 | 0.2 | A102 Research C200 Researching Law | C200 Researching Law | Research additional catalyst theory caselaw | Lily Rivo | 0.00% | 0.2 |
| 06/22/2026 | 0.4 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Finalize meet and confer letter for RL review | Lily Rivo | 0.00% | 0.4 |
| 06/23/2026 | 0.3 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review LR settlement letter; communicate with LR regarding edits | Rae Lovko | 0.00% | 0.3 |
| 06/23/2026 | 0.1 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Update meet and confer per RL comments | Lily Rivo | 0.00% | 0.1 |
| 06/26/2026 | 0.4 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Exchange emails with client, staff, and opposing counsel regarding fee negotiation | Jessica Lynn Blome | 0.00% | 0.4 |
| 06/26/2026 | 0.3 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Begin review of fee sheet to draft fee motion | Lily Rivo | 0.00% | 0.3 |
| 06/28/2026 | 0.9 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Begin drafting fee motion, prepare attorney and client declaration ISO motion | Lily Rivo | 0.00% | 0.9 |
| 06/28/2026 | 2 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Draft introduction, begin argument of fees motion, eligibility section | Lily Rivo | 0.00% | 2 |
| 06/28/2026 | 0.7 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Draft client declaration | Lily Rivo | 0.00% | 0.7 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 06/29/2026 | 1.2 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Continue drafting fee motion, review costs and update expenses | Lily Rivo | 0.00% | 1.2 |
| 06/29/2026 | 2.2 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Update JB declaration ISO fees motion, include fee chart and procedural history | Lily Rivo | 0.00% | 2.2 |
| 06/30/2026 | 1.1 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Continue drafting attorney declaration ISO fee motion | Lily Rivo | 0.00% | 1.1 |
| 06/30/2026 | 1.5 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Update declarations ISO fee motion with litigation history and relevant background regarding public interest, scope of WHE work | Lily Rivo | 0.00% | 1.5 |
| 06/30/2026 | 0.5 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Run costs report and assemble all receipts for fees motion exhibit | Jessica San Luis | 0.00% | 0.5 |
| 06/30/2026 | 1.5 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Continue drafting JB declaration and LL declaration ISO fee motion | Lily Rivo | 0.00% | 1.5 |
| 06/30/2026 | 0.1 | A101 Plan and prepare for P280 Other | P280 Other | Look for PDF version for the 04/24/2025 USPS receipt | Nuria de la Fuente | 0.00% | 0.1 |
| 06/30/2026 | 0.1 | A105 Communicate (within legal team) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Confer with JB regarding fee motion, declaration in support of same | Lily Rivo | 0.00% | 0.1 |
| 06/30/2026 | 0.1 | A105 Communicate (within legal team) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Confer with LR regarding fee motion, declaration in support of same | Jessica Lynn Blome | 0.00% | 0.1 |
| 06/30/2026 | 0.2 | A105 Communicate (within legal team) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Review examples and write to local counsel regarding fees ISO motion | Lily Rivo | 0.00% | 0.2 |
| 07/01/2026 | 4.2 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Finalize proposed order, draft motion and declaration Blome and Leigh for JB review, | Lily Rivo | 0.00% | 4.2 |
| 07/02/2026 | 0.1 | A107 Communicate (opponents/other outside counsel) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Email DOJ to request two-week extension on fee motion, possible stipulation to briefing schedule | Jessica Lynn Blome | 0.00% | 0.1 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 07/02/2026 | 0.8 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft stipulation to continue fee motion deadline, request briefing schedule, send to DOJ | Jessica Lynn Blome | 0.00% | 0.8 |
| 07/02/2026 | 0.1 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | File stipulation to briefing schedule, confer with PJ re: same | Jessica Lynn Blome | 0.00% | 0.1 |
| 07/06/2026 | 0.1 | A110 Manage Data/Files/Documentation L140 Document/File Management | L140 Document/File Management | Downloaded DKTS 48 and 49. Placed on the docket. | Patrick Johnson | 0.00% | 0.1 |
| 07/06/2026 | 0.3 | A101 Plan and prepare for L430 Written Motions and Submissions | L430 Written Motions and Submissions | Updated calendar and tasks regarding briefing schedule for motion for attorneys fees. | Patrick Johnson | 0.00% | 0.3 |
| 07/06/2026 | 0.1 | A105 Communicate (within legal team) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Email to JLB and LR with summary of regarding briefing schedule for motion for attorneys fees. | Patrick Johnson | 0.00% | 0.1 |
| 07/15/2026 | 0.2 | A101 Plan and prepare for P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Review deadlines, prepare for meeting with JB | Lily Rivo | 0.00% | 0.2 |
| 07/15/2026 | 0.1 | A105 Communicate (in firm) P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Confer with JB regarding fee motion | Lily Rivo | 0.00% | 0.1 |
| 07/15/2026 | 0.1 | A105 Communicate (in firm) P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Confer with LR regarding fee motion | Jessica Lynn Blome | 0.00% | 0.1 |
| 07/15/2026 | 0.7 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft cocounsel declaration for fee motion | Lily Rivo | 0.00% | 0.7 |
| 07/21/2026 | 2.3 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue drafting eligibility of fee award and details of request | Lily Rivo | 0.00% | 2.3 |
| 07/21/2026 | 0.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review updated time sheets, update spreadsheet and review for billing judgment ISO fee motion | Lily Rivo | 0.00% | 0.3 |
| 07/21/2026 | 0.2 | A101 Plan and prepare for P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Prepare for JB meeting re fee motion, timesheets and supporting data | Lily Rivo | 0.00% | 0.2 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 07/21/2026 | 0.2 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update JB declaration ISO fee award | Lily Rivo | 0.00% | 0.2 |
| 07/22/2026 | 0.1 | A105 Communicate (in firm) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Confer with JB regarding fee motion details, strategy | Lily Rivo | 0.00% | 0.1 |
| 07/22/2026 | 0.1 | A105 Communicate (in firm) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Confer with LR regarding fee motion details, strategy | Jessica Lynn Blome | 0.00% | 0.1 |
| 07/22/2026 | 0.3 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review and update time entries ISO fee motion | Lily Rivo | 0.00% | 0.3 |
| 07/22/2026 | 0.2 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Confer with team regarding assistance with time entries | Lily Rivo | 0.00% | 0.2 |
| 07/23/2026 | 0.2 | A105 Communicate (in firm) P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Email team regarding updated time entries and strategy for including in fee motion | Lily Rivo | 0.00% | 0.2 |
| 07/24/2026 | 0.1 | A105 Communicate (in firm) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Exchange email with team regarding updating time entries ISO fee motion | Lily Rivo | 0.00% | 0.1 |
| 07/24/2026 | 0.6 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update local counsel declaration and exhibit, send for review/finalization ISO fee motion | Lily Rivo | 0.00% | 0.6 |
| 07/24/2026 | 0.7 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update client declaration ISO fee motion | Lily Rivo | 0.00% | 0.7 |
| 07/24/2026 | 0.3 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update Blome declaration ISO motion for fees | Lily Rivo | 0.00% | 0.3 |
| 07/24/2026 | 0.2 | A102 Research C200 Researching Law | C200 Researching Law | Research law on Northern District fees, FOIA cases hourly rates ISO motion for fees | Lily Rivo | 0.00% | 0.2 |
| 07/24/2026 | 0.7 | A102 Research C200 Researching Law | C200 Researching Law | Research caselaw on reasonableness of fees in district | Lily Rivo | 0.00% | 0.7 |
| 07/24/2026 | 0.2 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review and exchange emails with team regarding fee entries, billing rates | Lily Rivo | 0.00% | 0.2 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 07/24/2026 | 0.3 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review client website and information and update client declaration appropriately | Lily Rivo | 0.00% | 0.3 |
| 07/24/2026 | 1.8 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update reasonableness section of briefing with detail from fee entries ISO motion for fees and caselaw supporting rates | Lily Rivo | 0.00% | 1.8 |
| 07/27/2026 | 0.1 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review updated time entries ISO motion for fees | Lily Rivo | 0.00% | 0.1 |
| 07/27/2026 | 2.3 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Finalize fee motion | Lily Rivo | 0.00% | 2.3 |
| 07/27/2026 | 0.1 | A102 Research L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update caselaw on exceptional delay | Lily Rivo | 0.00% | 0.1 |
| 07/27/2026 | 1 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Finalize entries, motion, and declarations ISO motion for fees | Lily Rivo | 0.00% | 1 |
| 07/27/2026 | 0.8 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Finalize motion and declarations and supporting materials, send to JB for review | Lily Rivo | 0.00% | 0.8 |
| 07/27/2026 | 0.3 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update exhibits ISO fee motion | Lily Rivo | 0.00% | 0.3 |
| 07/28/2026 | 0.5 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update local counsel declaration ISO fee motion | Lily Rivo | 0.00% | 0.5 |
| 07/28/2026 | 0.2 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Confer with team regarding finalizing fee motion | Lily Rivo | 0.00% | 0.2 |
| 07/28/2026 | 0.3 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update and send client declaration ISO motion for approval | Lily Rivo | 0.00% | 0.3 |
| 07/28/2026 | 0.1 | A105 Communicate (in firm) P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Read and responded to LR's email re formatting TOC and drafting TOA for attorney fees motion. | Patrick Johnson | 0.00% | 0.1 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 07/29/2026 | 0.1 | A101 Plan and prepare for L430 Written Motions and Submissions | L430 Written Motions and Submissions | Read LR's email and set task for self re table of contents and table of authorities. | Patrick Johnson | 0.00% | 0.1 |
| 07/29/2026 | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with JB regarding status of fee motion | Lily Rivo | 0.00% | 0.1 |
| 07/29/2026 | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with LR regarding status of fee motion | Jessica Lynn Blome | 0.00% | 0.1 |
| 07/30/2026 | 0.1 | A105 Communicate (in firm) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Email to LR asking if I can start on tables today. | Patrick Johnson | 0.00% | 0.1 |
| 07/30/2026 | 0.1 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Exchange email with team regarding fee motion | Lily Rivo | 0.00% | 0.1 |
| 07/30/2026 | 0.8 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Review draft fee motion, send edits back to LR | Jessica Lynn Blome | 0.00% | 0.8 |
| 07/30/2026 | 0.1 | A105 Communicate (in firm) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Exchange email with JB regarding revisions to fee motion | Lily Rivo | 0.00% | 0.1 |
| 07/30/2026 | 0.4 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review edits to motion and declarations, confer with JB regarding same | Lily Rivo | 0.00% | 0.4 |
| 07/30/2026 | 0.8 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update fee motion per JB revisions | Lily Rivo | 0.00% | 0.8 |
| 07/31/2026 | 3.4 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Update fee motion with caselaw, revise per JB edits | Lily Rivo | 0.00% | 3.4 |
| 07/31/2026 | 0.7 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Implement revisions to JB declaration ISO fee motion | Lily Rivo | 0.00% | 0.7 |
| 07/31/2026 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Read and responded to LR's email regarding motion due Monday | Patrick Johnson | 0.00% | 0.1 |
| 07/31/2026 | 0.4 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Emailed research to LR regarding filing procedure in the district of nevada. | Patrick Johnson | 0.00% | 0.4 |
| 07/31/2026 | 0.2 | A105 Communicate (in firm) P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Call with LR re: implementing comments on fee motion | Jessica Lynn Blome | 0.00% | 0.2 |

| Date | Hours | Activity category | UTBMS task code | Description | User | % Reduction (Billing Judgment) | Hours After Billing Judgment |
|---|---|---|---|---|---|---|---|
| 07/31/2026 | 0.1 | A105 Communicate (in firm) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Confer with team regarding finalizing motion | Lily Rivo | 0.00% | 0.1 |
| 07/31/2026 | 1.1 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update reasonableness of fees argument in Fee Motion with prevailing locality rates in FOIA cases | Lily Rivo | 0.00% | 1.1 |
| 07/31/2026 | 1 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Formatted motion for attys fees and created table of contents. | Patrick Johnson | 0.00% | 1 |
| 07/31/2026 | 1.5 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Created a table of authorities for attorneys fees motion. | Patrick Johnson | 0.00% | 1.5 |
| 08/01/2026 | 2 | A102 Research L430 Written Motions and Submissions | L430 Written Motions and Submissions | Conduct research and incorporate into Fee Motion brief reasonable hourly rates awarded in similar jurisdictions for FOIA matters | Lily Rivo | 0.00% | 2 |
| 08/01/2026 | 0.4 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update JB declaration ISO fee motion with reasonable rate discussion | Lily Rivo | 0.00% | 0.4 |
| 08/01/2026 | 0.5 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update client declaration and align with fee motion | Lily Rivo | 0.00% | 0.5 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# Exhibit 15

I, the Management & Program Analyst for the National Wild Horse & Burro Division (HQ260) located in
(insert title) (name of divisional, program or state office)

Oklahoma Field Office, Norman, OK, do herby certify the following to BLM FOIA Specialist Kenneth Perry, in his capacity as the FOIA Contact tasked with coordinating searches for records responsive to FOIA # BLM-2019-001585.

**Check ALL that apply:**

**(X) 1.** I have reason to believe that the documents transmitted with this certification constitute all documents within the possession or control of the staff in the office.

**( ) 2.** I have determined none of the records that have been produced are sensitive.

**( ) 3.** I have determined that some or all of the records that have been produced are sensitive.

Y/N Records are marked as sensitive.

Y/N Records are sensitive due to a Solicitor sending, receiving, or reviewing the document(s).

**( ) 4.** I have reason to believe that there are no responsive documents within the possession or control of the staff in the office, and accordingly, am not provided any documents.

Information about the search (add lines as needed):

| Name/Program Office | Search Terms Used | Search Location (e.g., paper files; email; share drive) |
|---|---|---|
| Holle' Waddell | CAWP/Comprehensive Animal Welfare | Email, Share Drive |
| Jerrie Bertola | CAWP/Comprehensive Animal Welfare | Email, Share Drive |
| Joe Stratton | CAWP/Comprehensive Animal Welfare | Email, Share Drive |
| Alan Shepherd | CAWP/Comprehensive Animal Welfare | Email, Share Drive |

Information about individuals performing work (add lines as needed):

| Name/Program Office | Grade | Hours to Search | Hours of Review |
|---|---|---|---|
| Holle' Waddell | 14 | 1 | 1 |
| Jerrie Bertola | 12 | .5 | .5 |
| Joe Stratton | 14 | 1 | 1 |
| Alan Shepherd | 14 | 1 | 1 |

Date: February 23, 2024

KAREN MORROW
Digitally signed by KAREN MORROW
Date: 2024.02.23 07:27:46 -06'00'
Signature

Print name

Management & Program Analyst
Title

Form 1278-2

# Exhibit 16

---------- Forwarded message ---------
On Mon, Feb 10, 2025 at 6:54 AM Perry, Kenneth L <kperry@blm.gov> wrote:

Good Morning

As part of the Department of Interior's (DOI) FOIA Support Team (FST) deployed to the Bureau of Land Management (BLM) to assist with processing FOIA requests in BLM's HQ backlog, we have been reviewing the status of the open FOIA requests filed on or before September 28, 2019. During this process, we reviewed your open FOIA request that you filed with the BLM. (See Attached)

As background, the BLM is experiencing a backlog of FOIA requests that has impacted our ability to process this request. Please know that the BLM's management is very committed to providing responses to FOIA requests and remedying the FOIA backlog. Given the passage of time, this communication is to confirm whether you are still interested in having the request described above processed. If you are still interested in having your request processed, please notify us via email at kperry@blm.gov.

If we do not receive a response from you within **30 workdays**, we will presume you are no longer interested in pursuing the request and will administratively close it.

*Kenneth L. Perry*

*FOIA Specialist*

*Department of the Interior, Bureau of Land Management*

*HQ640, External Affairs (Communications Division)*

*1849 C Street, NW*

*Washington, DC 20240*

*Office/Cell: (720) 281-1649*