BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | CASE NO. 3:25-CV-00152-MMD-CSD<br><br>**DECLARATION OF JESSICA L. BLOME IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, JESSICA L. BLOME, hereby declare as follows:

1. I submit this declaration in support of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Attorneys' Fees and Costs in the above-captioned matter.

2. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

3. Greenfire Law, PC serves as lead counsel for Wild Horse Education (WHE) in this matter.

4. I am admitted in this case *pro hac vice.* Together with co-counsel Rae Lovko and local counsel Brent Resh, we engage in various aspects of prosecuting this case, including legal research and drafting in support of motion practice, client counseling, review of documents released by Defendant, and communication/negotiation with counsel for Defendant.

5. Attached hereto as **Exhibit A** is a true and correct copy of Greenfire Law's timesheets for drafting the reply to defendant's opposition to plaintiff's motion for fees and costs from August 4, 2026, through September 28, 2026. The total entries for for Greenfire Law's work on the reply brief are 24.5 hours.

6. Greenfire Law attorneys anticipated spending 20 hours on briefing for Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Attorneys' Fees and Costs. *See* Dkt. 50-1, ¶ 35. Plaintiff seeks an hourly rate of $350 for a total of $7,000 and is voluntarily waiving reimbursement for the additional 4.5 hours as detailed in Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 29th day of September 2026,

Jessica L. Blome

JESSICA L. BLOME