BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | CASE NO. 3:25-CV-00152-MMD-CSD<br><br>**EXHIBIT A**<br><br>**TO THE DECLARATION OF JESSICA L. BLOME IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR ATTORNEYS' FEES AND COSTS** |

# EXHIBIT A

| Date | Hours | Activity category | UTBMS task code | Description | User |
|---|---|---|---|---|---|
| 08/04/2026 | 0.4 | A110 Manage data/files L430 Written Motions and Submissions | L430 Written Motions and Submissions | Downloaded DKT 50 and added to the docket. | Patrick Johnson |
| 08/09/2026 | 0.1 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review deadlines for opposition, reply to fees briefing | Lily Rivo |
| 08/18/2026 | 0.1 | A105 Communicate (in firm) P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Confer with co counsel regarding strategy for briefing | Jessica Blome |
| 08/18/2026 | 0.1 | A105 Communicate (in firm) P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Confer with co counsel regarding strategy for briefing | Lily Rivo |
| 08/24/2026 | 0.1 | A108 Communicate (other external) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Exchange emails with DOJ's counsel re: briefing stipulation for remainder of fee motion briefing | Jessica Blome |
| 08/28/2026 | 0.1 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review deadlines for fee motion, calendar outline, rough draft | Lily Rivo |
| 08/31/2026 | 0.1 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review stipulation to extend reply and confer with JB regarding same | Lily Rivo |
| 08/31/2026 | 0.2 | A107 Communicate (other outside counsel) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Confer with JB re stip to extend opposition and reply brief re fees, gain approval, and confirm with OC | Lily Rivo |
| 08/31/2026 | 0.3 | A101 Plan and prepare for L430 Written Motions and Submissions | L430 Written Motions and Submissions | Downloaded DKT 51 and added to the docket. Updated calendar and tasks with new deadlines to file opposition and reply brief. | Patrick Johnson |
| 08/31/2026 | 0.1 | A105 Communicate (in firm) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Emailed JLB and LR with updated briefing schedule on Motion for Attorneys Fees. | Patrick Johnson |
| 09/01/2026 | 0.1 | A104 Review/analyze P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Review order setting new deadlines and calcualte internal deadlines for draft reply and final brief | Lily Rivo |
| 09/02/2026 | 0.2 | A105 Communicate (in firm) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Confer with JB regarding strategy for reply brief to fees, timing and outline for same | Lily Rivo |
| 09/02/2026 | 0.2 | A105 Communicate (in firm) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Confer with LR regarding strategy for reply brief to fees, timing and outline for same | Jessica Blome |
| 09/10/2026 | 0.1 | A108 Communicate (other external) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Exchange emails with DOJ to approve one-week extension to file opposition to fee motion, update case management software re: same | Jessica Blome |
| 09/16/2026 | 0.1 | A101 Plan and prepare for P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Prepare for meeting with JB regarding strategy on reply | Lily Rivo |
| 09/17/2026 | 0.2 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review and download opposition to motion for attorneys fees, write to client re: same | Jessica Blome |
| 09/18/2026 | 0.8 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Begin outline to arguments in reply brief | Lily Rivo |
| 09/18/2026 | 0.5 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review CAWP fee motion opposition ISO drafting reply brief | Lily Rivo |
| 09/22/2026 | 2.0 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review fee motion opposition, begin outline of arguments in response | Lily Rivo |
| 09/22/2026 | 1.2 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Draft introduction and eligibility argument for reply brief | Lily Rivo |
| 09/22/2026 | 0.6 | A102 Research L430 Written Motions and Submissions | L430 Written Motions and Submissions | Research caselaw on fee motion eligibility for reply brief and research caselaw cited in opposition brief | Lily Rivo |
| 09/22/2026 | 0.3 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Confirm appropriate final edits to MSJ per PJ recommendation, answer citation questions | Lily Rivo |
| 09/22/2026 | 1.6 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue drafting eligibility of reply brief, refer to motion and opposition for timeline facts, exhibits referenced | Lily Rivo |
| 09/23/2026 | 0.1 | A105 Communicate (in firm) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Confer with JB regarding strategy for fee motion | Lily Rivo |
| 09/23/2026 | 0.1 | A105 Communicate (in firm) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Confer with LR regarding strategy for fee motion | Jessica Blome |
| 09/24/2026 | 1.7 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue drafting reply brief, eligibility section | Lily Rivo |
| 09/24/2026 | 0.6 | A102 Research L430 Written Motions and Submissions | L430 Written Motions and Submissions | Research law ISO reply brief | Lily Rivo |
| 09/24/2026 | 1.3 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue drafting reasonableness section of reply brief | Lily Rivo |
| 09/24/2026 | 0.7 | A102 Research L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue drafting eligibility portion of reply brief, researching BLM cited caselaw | Lily Rivo |
| 09/24/2026 | 1.4 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue drafting reasonableness factors supporting plaintiffs' fee motion reply | Lily Rivo |
| 09/25/2026 | 2.0 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue drafting reply brief, final reasonableness section and fee section | Lily Rivo |
| 09/25/2026 | 0.1 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Confer with LR re: strategy for reply | Jessica Blome |
| 09/25/2026 | 0.1 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Confer with JB regarding entries for reply brief | Lily Rivo |

| | | | | | |
|---|---|---|---|---|---|
| 09/25/2026 | 1.5 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Finalize and update citations in reply brief | Lily Rivo |
| 09/26/2026 | 1.1 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update section on alleged limited success in brief, send to RL for review | Lily Rivo |
| 09/27/2026 | 2.3 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Update reply brief per RL edits | Lily Rivo |
| 09/28/2026 | 0.3 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Prepare draft reply for TOA | Lily Rivo |
| 09/28/2026 | 1.7 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Finalize JB declaration ISO reply brief, update all time entries, finalize citations and prepare for team to file | Lily Rivo |